UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                                 Case No. 24-CR-236

ARLETTA ALLEN,

    *Defendant.*

---

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE MOTIONS

Arletta Allen, by undersigned counsel, moves this Court for an order extending the deadline for filing pretrial motions by four weeks – from January 28, 2025, to February 25, 2025. As grounds for this motion, undersigned counsel states the following:

    1.    On December 17, 2024, the government obtained a two-count indictment charging Ms. Allen with arson, in violation of 18 U.S.C. § 844(i); and with devising and participating in an insurance fraud scheme, in violation of 18 § U.S.C. 1343 and 1349. Ms. Allen was arraigned on January 13, 2025, before Magistrate Judge Stephen C. Dries, and entered a not guilty plea. Judge Dries entered an order setting Ms. Allen's conditions of release during the pendency of this case. A pretrial conference date of March 6, 2025, and a jury trial date of March 24, 2025, were set.

    2.    The Court's pretrial order sets a deadline of January 28, 2025, for the filing of pretrial motions.

*Federal Defender Services*
*Of Wisconsin, Inc.*

3. Undersigned counsel was appointed to this matter and filed her notice of appearance on January 13, 2025.

4. The government provided discovery materials to defense counsel on January 22, 2025. The material, provided on a 1 terabyte drive, contains over 140 GB of video and audio recordings, and over 15,000 bates stamped files.

5. Due to other matters on counsel's schedule, she has not yet had the opportunity to review the voluminous discovery materials or meet with Ms. Allen. Accordingly, she requests an enlargement of the filing deadline.

6. Undersigned counsel communicated with Assistant United States Attorney Kelly Watzka who indicated the government does not oppose this request.

For these reasons, Arletta Allen respectfully asks this Court to enlarge the time to file motions until February 25, 2025. Ms. Allen also asks that the Court make the appropriate speedy trial findings.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2025.

Respectfully submitted,

/s/ Dennise Moreno
Dennise Moreno, NY Bar #5797154
Federal Defender Services
  of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: dennise_moreno@fd.org

*Counsel for Defendant,* Arletta Allen