UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*      Case No. 24-CR-236

ARLETTA ALLEN,

    *Defendant.*

## UNOPPOSED MOTION TO ADJOURN FINAL PRETRIAL CONFERENCE AND JURY TRIAL DATES

Arletta Allen, by undersigned counsel, moves this Court for an order adjourning the final pretrial conference and jury trial dates. As grounds for this motion, undersigned counsel states the following:

1. On December 17, 2024, the government obtained a two-count indictment charging Ms. Allen with arson, in violation of 18 U.S.C. § 844(i); and with devising and participating in an insurance fraud scheme, in violation of 18 U.S.C. §§ 1343 and 1349. Dkt. 1. Ms. Allen was arraigned on January 13, 2025, before Magistrate Judge Stephen C. Dries, and entered a not guilty plea. Judge Dries entered an order setting Ms. Allen's conditions of release during the pendency of this case.

2. A pretrial conference date of March 6, 2025, and a jury trial date of March 24, 2025, were set in this matter. Dkt. 4. The Court's pretrial order set an initial deadline of January 28, 2025, for the filing of pretrial motions. Dkt. 5.

*Federal Defender Services*
*Of Wisconsin, Inc.*

3. Undersigned counsel was appointed to this matter and filed her notice of appearance on January 13, 2025. Dkt. 9.

4. Following technical difficulties in producing discovery, the government provided discovery materials to defense counsel the following week, on January 22, 2025. The materials, provided on a 1 terabyte drive, contain over 140 GB of video and audio recordings, and over 15,000 bates stamped files.

5. On January 27, 2025, undersigned counsel moved before the magistrate for a four-week extension of the pretrial motion deadline, from January 28, 2025, to February 25, 2025, citing that, due to other matters on her schedule, she had not yet had the opportunity to review the voluminous discovery materials or to meet with Ms. Allen. Dkt. 10. The magistrate judge granted counsel's motion in part, extending the deadline to February 11, 2025, and noting to the undersigned that the requested deadline of February 25, 2025, would require counsel to seek an adjournment of the final pretrial conference and jury trial dates from the district court.

6. Accordingly, counsel now moves before the district court to adjourn the final pretrial conference and jury trial dates in order to accommodate her renewed request for an enlargement of the pretrial motion schedule.

7. Undersigned counsel communicated with Assistant United States Attorney Porchia Lewand, who indicated the government does not oppose this adjournment request or counsel's request for additional time to file pretrial motions.

For these reasons, Arletta Allen respectfully asks this Court to adjourn the final pretrial conference and jury trial dates.

Dated at Milwaukee, Wisconsin, this 7th day of February, 2025.

Respectfully submitted,

<u>/s/ Dennise Moreno</u>
Dennise Moreno, NY Bar #5797154
Federal Defender Services
    of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: dennise_moreno@fd.org

*Counsel for Defendant,* Arletta Allen