UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                   Case No. 24-CR-236

ARLETTA ALLEN,

        Defendant.

## GOVERNMENT'S STATEMENT PURSUANT TO LOCAL RULE 12(c) AND JOINT MOTION FOR REVISED SCHEDULING ORDER

The United States of America, by and through its attorneys, Richard G. Frohling, Acting United States Attorney, and Kelly B. Watzka and Porchia S. Lewand, Assistant United States Attorneys, hereby submits the government's statement pursuant to EDWI Criminal L.R. 12(c) and jointly moves for a revised scheduling order.

On May 27, 2025, the defendant filed a motion to suppress the search of her residence, vehicle, and residence pursuant to federal search warrants, and a correlating request for a *Franks* hearing (ECF R. 23); a motion to suppress the search of her Facebook records pursuant to a federal search warrant (ECF R. 24); and a motion to suppress her statements to law enforcement on November 2, 2021, and a correlating motion for an evidentiary hearing (ECF R. 25). As indicated in the defendant's filings, the defendant did not confer with the government prior to the filing of the above-referenced motions. This morning, the parties had an opportunity to confer and jointly propose the following:

With respect to the request for an evidentiary hearing on the motion to suppress the defendant's statements, the entire encounter between Ms. Allen and law enforcement on

1

November 2, 2021, was audio recorded. The government believes that the recording is the primary source on which the Court should rely in assessing the parties' arguments. However, there are some additional contextual facts relevant to the motion on which the parties hope to reach stipulations, or at a minimum, significantly limit the length and scope of an evidentiary hearing. Due to time-sensitive work obligations and leave schedules, both parties respectfully request additional time to confer about the anticipated stipulations and ask the Court to set a June 11, 2025, deadline to submit the recording, stipulated facts, and a statement about any remaining disputed material facts, to the extent any exist. The parties further request that the court defer ruling on whether an evidentiary hearing is merited with respect to the motion to suppress statements and the *Franks* motion until the government has submitted its written response to the defendant's motions. For the same reasons cited above, counsel for the government respectfully requests that its deadline for filing its response to all of the defendant's motions be extended until June 16, 2025. The defendant, through her attorney, Craig Albee, does not object to this request.

      Dated at Milwaukee, Wisconsin, this 30th day of May 2025.

                                  Respectfully Submitted,

                                  RICHARD G. FROHLING
                                Acting United States Attorney

By:    /s/ *Kelly B. Watzka*
        Assistant United States Attorney
        Bar No. 1023186
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414)297-1700
        Fax: (414) 297-1738
        E-mail: kelly.watzka@usdoj.gov