UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       *Plaintiff,*

       *vs.*                     Case No. 24-CR-236

ARLETTA ALLEN,

       *Defendant*.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PRETRIAL MOTIONS

Arletta Allen, by undersigned counsel, moves this Court for an order extending the deadline for filing her reply in support of her pretrial motions by one week – from July 9, 2025, to July 16, 2025. As grounds for this motion, undersigned counsel states the following:

1.      On December 17, 2024, the government obtained a two-count indictment charging Ms. Allen with arson, in violation of 18 U.S.C. § 844(i); and with devising and participating in an insurance fraud scheme, in violation of 18 U.S.C. §§ 1343 and 1349. Dkt. 1. As currently charged, Ms. Allen is facing a mandatory minimum sentence of 15 years in prison.

2.      Ms. Allen was arraigned on January 13, 2025, before Magistrate Judge Stephen C. Dries, and entered a plea of not guilty. Judge Dries entered an order setting Ms. Allen's conditions of release during the pendency of this case.

*Federal Defender Services*
*Of Wisconsin, Inc.*

3.      Undersigned counsel was appointed to this matter and filed her notice of appearance on January 13, 2025. Dkt. 9. Co-counsel, Attorney Craig Albee, filed his notice of appearance that same day. Dkt. 8.

4.      Following technical difficulties in producing discovery, the government provided discovery materials to defense counsel the following week, on January 22, 2025. The materials, provided on a 1 terabyte drive, contain over 140 GB of video and audio recordings and over 15,000 bates-stamped files.

5.      On May 27, 2025, Ms. Allen filed three pretrial motions, including a motion to suppress evidence recovered from the search of her home, vehicle, and restaurant; a motion to suppress evidence recovered from her social media; and a motion to suppress Ms. Allen's statement to law enforcement. Dkts. 23 – 25. The parties subsequently sought an amendment of the briefing schedule to allow the parties additional time to confer regarding the need for an evidentiary hearing. Dkt. 27. The parties filed a set of stipulated facts on June 17, 2025, Dkt. 30, and the government filed its response to Ms. Allen's motions on June 25, 2025, Dkt. 32.

6.      Given leave defense counsel Moreno had last week and leave defense counsel Albee has scheduled this week, the defense respectfully requests a one-week extension of their reply deadline.

7.      Undersigned counsel communicated with Assistant United States Attorney Porchia Lewand today, who indicated the government does not oppose this request.

*Federal Defender Services*
*Of Wisconsin, Inc.*

For these reasons, Arletta Allen respectfully asks this Court to enlarge the time to file her reply until July 16, 2025. Ms. Allen also asks that the Court make the appropriate speedy trial findings.

Dated at Milwaukee, Wisconsin, this 7th day of July, 2025.

Respectfully submitted,

/s/ Dennise Moreno
Dennise Moreno, NY Bar #5797154
Federal Defender Services
    of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI  53202
Tel.  (414) 221-9900
Email:  dennise_moreno@fd.org

*Counsel for Defendant,* Arletta Allen

*Federal Defender Services*
*Of Wisconsin, Inc.*