# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Dennise Moreno
Tom Phillip
Joshua D. Uller
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

September 19, 2025

Honorable Pamela Pepper, Chief Judge
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: *United States v. Arletta Allen*, Case No. 24-cr-236

Dear Chief Judge Pepper,

Yesterday, the Court ordered Ms. Allen to provide written notice as to whether she intended to file a reply in support of her Objections. I write to advise the Court that we do intend to file a reply.

Thank you for your consideration.

Sincerely,

*s/Craig W. Albee*
Craig W. Albee

CWA/lc