

EXHIBIT A



### Rick Hankins – Senior Special Agent

Department of Justice
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)
1000 North Water Street, Suite 1400
Milwaukee, Wisconsin
Email: Ricky.Hankins@atf.gov

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 4/2003 to present | **Senior Special Agent – Criminal Investigator**<br>Bureau of Alcohol, Tobacco Firearms and Explosives<br>Milwaukee, Wisconsin<br><br>**Duties:** Investigate alleged violations of Federal explosive, arson, firearms, alcohol, and tobacco statutes. Investigative functions include obtaining evidence, preparing and presenting criminal case reports to the United States Attorney for prosecution of said violations; preparing and serving arrest and/or search warrants; and testifying as a government witness. |
| 11/2009 to present | **ATF Special Agent Certified Fire Investigator - SACFI**<br>Bureau of Alcohol, Tobacco Firearms and Explosives<br>Milwaukee, Wisconsin<br><br>**Duties:** Responsible for providing technical support and analysis to assist fire origin and cause investigations. Specific duties include origin and cause determinations, court preparation and presentation of evidence, as well as technical interpretation of fire-related information. |
| 9/2024 to present | **ATF Certified Fire Investigator Program Manager**<br>Bureau of Alcohol, Tobacco Firearms and Explosives<br>Agencywide - United States<br><br>**Duties:** Responsible for the training and certification process of ATF Special Agent Certified Fire Investigators. Specific duties also include managing the budget for training and equipment, as well as managing the policies and procedures related to ATF fire investigations. |

**PROFESSIONAL EXPERIENCE – FIRE**

| | |
|---|---|
| 2003 to Present | **Fire Scene Investigations**<br>Conducted and participated in over 305 fire scene examinations.<br><br>**Live Fire Training**<br>Conducted and participated in over 235 live fire training exercises; in which actual structural & vehicle fires were ignited, fire growth observed, and fire patterns analyzed after extinguishment. |

1

2012 to Present **ATF National Response Team**
Member of ATF National Response Team responsible for investigating large scale fires and explosions.

## EDUCATION

1997 **University of Wisconsin – Eau Claire**
Eau Claire, WI
Bachelor of Arts Degree (BA)
Major: Criminal Justice

## CERTIFICATIONS

11/2009 – Present  Special Agent/Certified Fire Investigator
ATF 2-year Certification Program Certified 2009

6/2011 - Present  Certified Fire Investigator, International Association of Arson Investigators
Certification #25-052417

5/2021 - Present  Wisconsin Technical College System Board Certified Fire Investigator

## FIRE RELATED PROFESSIONAL TRAINING RECEIVED (Over 1,693 Hours)

| | | |
|---|---|---|
| June 2024 | International Association of Arson Investigators<br>*Commercial Kitchen Fires 1*<br>CFITrainer.net | (3 hours) |
| April 2024 | U.S. Department of Justice, ATF<br>*Annual ATF NRT/CFI Refresher Training*<br>New Orleans, LA | (24 hours) |
| April 2024 | International Association of Arson Investigators<br>*2024 International Training Conference*<br>Las Vegas, NV | (36 hours) |
| April 2023 | International Association of Arson Investigators<br>*2023 International Training Conference*<br>Cherokee, NC | (36 hours) |
| April 2023 | U.S. Department of Justice, ATF<br>*Annual ATF NRT Refresher Training*<br>Denver, CO | (24 hours) |
| March 2023 | U.S. Department of Justice, ATF<br>*Annual ATF CFI Refresher Training*<br>Asheville, NC | (24 hours) |

2

Case 2:24-cr-00236-PP  Filed 09/24/25  Page 2 of 18  Document 48-1
Case 1:24-cr-00236-WCG  Filed 11/18/24  Page 2 of 18  Document 16-1

| | | |
|---|---|---|
| April 2022 | International Association of Arson Investigators (Alaska Chapter)<br>*Annual Training Conference*<br>Anchorage, AK | (40 hours) |
| March 2022 | U.S. Department of Justice, ATF<br>*Annual ATF CFI Refresher Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (24 hours) |
| August 2021 | U.S. Department of Justice, ATF<br>*National Response Team and CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (32 hours) |
| June 2021 | International Association of Arson Investigators<br>*Lithium-Ion Battery Fires*<br>CFITrainer.net | (1 hour) |
| June 2021 | International Association of Arson Investigators<br>*Search and Seizure*<br>CFITrainer.net | (4 hours) |
| May 2021 | International Association of Arson Investigators<br>*Insurance and the Fire Investigation*<br>CFITrainer.net | (4 hours) |
| May 2021 | International Association of Arson Investigators<br>*Fundamentals of Interviewing*<br>CFITrainer.net | (4 hours) |
| May 2021 | International Association of Arson Investigators<br>*How First Responders Impact the Fire Investigation*<br>CFITrainer.net | (2 hours) |
| May 2021 | International Association of Arson Investigators<br>*Fire Investigator Scene Safety*<br>CFITrainer.net | (3 hours) |
| May 2021 | International Association of Arson Investigators<br>*Electrical Safety*<br>CFITrainer.net | (3 hours) |
| May 2021 | International Association of Arson Investigators<br>*DNA*<br>CFITrainer.net | (3 hours) |
| May 2021 | International Association of Arson Investigators<br>*Electric and Hybrid Vehicle Fires*<br>CFITrainer.net | (3 hours) |

| | | |
|---|---|---|
| May 2021 | International Association of Arson Investigators<br>*Critical Thinking Solving Cases*<br>CFITrainer.net | (4 hours) |
| May 2021 | International Association of Arson Investigators<br>*Discovery in Criminal Cases*<br>CFITrainer.net | (3 hours) |
| May 2021 | International Association of Arson Investigators<br>*Critical Evaluation of Commonly Reported Accidental Causes*<br>CFITrainer.net | (3 hours) |
| May 2020 | International Association of Arson Investigators<br>*Residential Natural Gas Systems*<br>CFITrainer.net | (3 hours) |
| May 2020 | International Association of Arson Investigators<br>*Residential Electrical Systems*<br>CFITrainer.net | (3 hours) |
| May 2020 | International Association of Arson Investigators<br>*Introduction to Youth-Set Fires*<br>CFITrainer.net | (3 hours) |
| May 2020 | International Association of Arson Investigators<br>*Investigating Fire and Explosion Incidents Involving LODD*<br>CFITrainer.net | (3 hours) |
| May 2020 | International Association of Arson Investigators<br>*Introduction to Appliances*<br>CFITrainer.net | (3 hours) |
| March 2020 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (32 hours) |
| November 2019 | International Association of Arson Investigators<br>*Fire Protection Systems*<br>CFITrainer.net | (3 hours) |
| August 2019 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |
| July 2019 | International Association of Arson Investigators<br>*Fire Flow Analysis*<br>CFITrainer.net | (3 hours) |

4

Case 2:24-cr-00236-PP   Filed 09/24/25   Page 4 of 18   Document 48-1
Case 1:24-cr-00236-WCG   Filed 11/18/24   Page 4 of 18   Document 16-1

| | | |
|---|---|---|
| May 2019 | U.S. Department of Justice, ATF<br>*ATF CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (24 hours) |
| April 2019 | Wisconsin Association of Homicide Investigators<br>2019 Annual Training Conference<br>*Investigating Homicides When Fires or Explosions Are Involved*<br>Kohler, WI | (22 Hours) |
| April 2019 | International Association of Arson Investigators<br>*2019 International Training Conference*<br>Jacksonville, FL | (32 hours) |
| October 2018 | International Association of Arson Investigators<br>*Explosion Dynamics*<br>CFITrainer.net | (4 hours) |
| May 2018 | International Association of Arson Investigators<br>*2018 International Training Conference*<br>Frisco, TX | (32 hours) |
| April 2018 | U.S. Department of Justice, ATF<br>*ATF CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (24 hours) |
| March 2018 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |
| February 2018 | International Association of Arson Investigators<br>*Charleston Sofa Super Store Fire*<br>CFITrainer.net | (4 hours) |
| January 2018 | International Association of Arson Investigators<br>*Effective Investigation and Testimony*<br>CFITrainer.net | (3 hours) |
| November 2017 | International Association of Arson Investigators<br>*Fire Chemistry*<br>CFITrainer.net | (3 hours) |
| October 2017 | Collin County Investigators Association<br>*Forensic Fire Death Investigations Course*<br>Sam Houston State University (Huntsville, TX) | (40 hours) |

| | | |
|---|---|---|
| August 2017 | International Association of Arson Investigators<br>*Process of Elimination*<br>CFITrainer.net | (3 hours) |
| June 2017 | International Association of Arson Investigators<br>*Fundamentals of Residential Building Construction*<br>CFITrainer.net | (3 hours) |
| May 2017 | International Association of Arson Investigators<br>*Motor Vehicles: The Engine and the Ignition, Electrical, and Fuel Systems*<br>CFITrainer.net | (3 hours) |
| March 2017 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |
| March 2016 | U.S. Department of Justice, ATF<br>*National Response Team / CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |
| June 2015 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| May 2015 | U.S. Department of Justice, ATF<br>*National Response Team / CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |
| September 2014 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Fall Conference*<br>Green Bay, Wisconsin | (20 hours) |
| August 2014 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>Huntsville, AL | (40 hours) |
| July 2014 | U.S. Department of Justice, ATF<br>*CFI Annual Training*<br>Emmitsburg, Maryland | (40 hours) |
| June 2014 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| May 2014 | International Association of Arson Investigators<br>*Basic Electricity*<br>CFITrainer.net | (4 hours) |

6

Case 2:24-cr-00236-PP   Filed 09/24/25   Page 6 of 18   Document 48-1
Case 1:24-cr-00136-WCG   Filed 11/18/24   Page 6 of 18   Document 16-1

| | | |
|---|---|---|
| November 2013 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Fall Conference*<br>Brookfield, Wisconsin | (20 hours) |
| August 2013 | U.S. Department of Justice, ATF<br>*National Response Team / CFI Annual Training*<br>ATF National Academy<br>Brunswick, GA | (40 hours) |
| June 2013 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| January 2013 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Specialized Post-Flashover Training*<br>Brookfield, Wisconsin | (8 hours) |
| November 2012 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Fall Conference*<br>Wisconsin Dells, Wisconsin | (20 hours) |
| October 2012 | International Association of Arson Investigators<br>*Wildland Fires Investigation*<br>CFITrainer.net | (4 hours) |
| October 2012 | International Association of Arson Investigators<br>*Evidence Examination: What Happens at the Lab?*<br>CFITrainer.net | (4 hours) |
| August 2012 | U.S. Department of Justice, ATF<br>*National Response Team Training*<br>National Center for Explosive Training & Research<br>Huntsville, AL | (40 hours) |
| June 2012 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| April 2012 | U.S. Department of Justice, ATF<br>*Certified Fire Investigator Recertification*<br>Ammendale, MD | (40 hours) |
| November 2011 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Fall Conference*<br>Pewaukee, Wisconsin | (20 hours) |
| August 2011 | U.S. Department of Justice, ATF<br>*Certified Fire Investigator Recertification*<br>Huntsville, AL | (40 hours) |
| June 2011 | West Bend Fire Department<br>*Positive Pressure Ventilation / Attack*<br>West Bend, Wisconsin | (5 hours) |

7

Case 2:24-cr-00236-PP   Filed 09/24/25   Page 7 of 18   Document 48-1
Case 1:24-cr-00136-WCG   Filed 11/18/24   Page 7 of 18   Document 16-1

| | | |
|---|---|---|
| June 2011 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| November 2010 | Fire Findings Laboratories<br>*Investigation of Gas and Electric Appliance Fires*<br>Benton Harbor, MI | (30 hours) |
| June 2010 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| March 2010 | International Association of Arson Investigators<br>*Arc Mapping Basics*<br>CFITrainer.net | (4 hours) |
| March 2010 | U.S. Department of Justice, ATF<br>*Certified Fire Investigator Recertification*<br>Chicago, IL | (40 hours) |
| December 2009 | International Association of Arson Investigators<br>*Motive, Means, and Opportunity: Determining Responsibility in an Arson Case*<br>CFITrainer.net | (4hours) |
| October 2009 | International Association of Arson Investigators<br>*Fire and Explosion Investigations: Utilizing NFPA 1033 & 921*<br>CFITrainer.net | (4 hours) |
| October 2009 | International Association of Arson Investigators<br>*Postflashover Fires*<br>CFITariner.net | (4 hours) |
| October 2009 | International Association of Arson Investigators<br>*A Ventilation-Focused Approach to the Impact of Building Structures and Systems on Fire Development*<br>CFITrainer.net | (4 hours) |
| October 2009 | International Association of Arson Investigators<br>*Vacant and Abandoned Buildings: Hazards and Solutions*<br>CFITrainer.net | (4 hours) |
| September 2009 | U.S. Department of Justice, ATF<br>*Certified Fire Investigator Recertification*<br>Kansas City, MO | (40 hours) |
| September 2009 | International Association of Arson Investigators<br>*Managing Complex Fire Scene Investigations*<br>CFITrainer.net | (4 hours) |
| August 2009 | International Association of Arson Investigators<br>*Investigating Motor Vehicle Fires*<br>CFITrainer.net | (4 hours) |

| | | |
|---|---|---|
| July 2009 | U.S. Department of Justice, ATF *Enclosure Fire / Fire Phenomena* ATF Fire Research Lab, Beltsville, MD | (20 hours) |
| June 2009 | International Association of Arson Investigators *Wisconsin Chapter 25 Annual Spring Conference* Stevens Point, Wisconsin | (20 hours) |
| May 2009 | University of Maryland University College *Fire Dynamics (FSCN 414)* On-Line Semester College Course | (3 college credits) |
| February 2009 | International Association of Arson Investigators *Magnetek: A Case Study In The Daubert Challenge* CFITrainer.net | (2 hours) |
| October 2008 | International Association of Arson Investigators *Digital Photography and the Fire Investigator* CFITrainer.net | (4 hours) |
| September 2008 | International Association of Arson Investigators *Understanding Fire Through the Candle Experiments* CFITrainer.net | (4 hours) |
| September 2008 | U.S. Department of Justice, ATF *Advanced Origin and Cause Courtroom Testimony* National Fire Academy (Emmitsburg, MD) | (80 hours) |
| September 2008 | International Association of Arson Investigators *Documenting the Event* CFITrainer.net | (4 hours) |
| August 2008 | International Association of Arson Investigators *Investigating Fatal Fires* CFITrainer.net | (4 hours) |
| May 2008 | University of Maryland University College *Fire Investigation and Analysis (FSCN 306)* On-Line Semester College Course | (3 college credits) |
| May 2008 | International Association of Arson Investigators *Physical Evidence at the Fire Scene* CFITrainer.net | (4 hours) |
| March 2008 | International Association of Arson Investigators *An Analysis of the Station Nightclub Fire* CFITrainer.net | (4 hours) |
| March 2008 | International Association of Arson Investigators *Introduction to Evidence* CFITrainer.net | (4 hours) |

9

| March 2008 | International Association of Arson Investigators<br>*The Scientific Method for Fire and Explosion Investigation*<br>CFITrainer.net                                    (3 hours) |
|---|---|
| March 2008 | International Association of Arson Investigators<br>*Introduction to Fire Dynamics and Modeling*<br>CFITrainer.net                                    (4 hours) |
| December 2007 | U.S. Environmental Protection Agency<br>*Hazardous Materials Incident Response Operations*<br>Cincinnati, Ohio                                    (40 hours) |
| November 2007 | U.S. Department of Homeland Security<br>National Fire Academy<br>*ATF Certified Fire Investigator Candidate Orientation*<br>Emmitsburg, Maryland                                    (24 hours) |
| September 2007 | U.S. Department of Homeland Security<br>National Fire Academy<br>*Fire and Arson Investigation*<br>Emmitsburg, Maryland                                    (80 hours) |
| June 2006 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Spring Conference*<br>Stevens Point, Wisconsin                                    (20 hours) |
| May 2005 | Waukesha County Technical College<br>*Fire Investigator 1*<br>Pewaukee, Wisconsin                                    (40 hours) |
| July 2004 | U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives<br>*Special Agent New Professional Training – Arson Block*<br>Brunswick, Georgia                                    (40 hours) |

<u>Additional Professional Training:</u>

| October 2003 -<br>December 2003 | Federal Law Enforcement Training Center<br>Criminal Investigator Training Program<br>Glynco, Georgia |
|---|---|
| April 2004 -<br>July 2004 | U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms & Explosives<br>Special Agent New Professional Training<br>Glynco, Georgia |

10

Case 2:24-cr-00236-WCG   Filed 11/18/24   Page 10 of 18   Document 16-1

**INSTRUCTOR EXPERIENCE**

| | |
|---|---|
| October 2024 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Huntsville, AL |
| September 2024 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| April 2024 | International Association of Arson Investigators<br>International Training Conference<br>*Arson & Violence in America*<br>Las Vegas, Nevada |
| November 2023 | Nevada Chapter of International Association of Arson Investigators<br>*Arson & Violence in America*<br>Las Vegas, Nevada |
| September 2023 | Wisconsin Department of Justice – State Fire Marshal's Office<br>*Basic Fire Investigation Course*<br>Mid-State Technical College – Stevens Point, WI |
| September 2023 | Iowa Chapter of International Association of Arson Investigators<br>*Arson & Violence in America*<br>Johnston, Iowa |
| May 2023 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Huntsville, AL |
| August 2022 | Wisconsin Department of Justice – State Fire Marshal's Office<br>*Basic Fire Investigation Course*<br>Mid-State Technical College<br>Stevens Point, WI |
| April 2022 | International Association of Arson Investigators (Alaska Chapter)<br>*Fatal Fires & Developing Arson Leads*<br>Anchorage, AK |
| March 2022 | Waukesha County Law Enforcement Agencies<br>*Fatal Fires*<br>Waukesha, WI |
| October 2021 | Racine Police Department<br>*Fire Origin & Cause Investigations*<br>Milwaukee, WI |
| February 2021 | Milwaukee & West Allis Police Departments<br>*Fire Origin & Cause Investigations*<br>Milwaukee, WI |

11

Case 2:24-cr-00236-PP  Filed 09/24/25  Page 11 of 18  Document 48-1
Case 1:24-cr-00236-WCG  Filed 11/18/24  Page 11 of 18  Document 16-1

| | |
|---|---|
| January 2021 | Milwaukee Police Department<br>*Fire Origin & Cause Investigations*<br>Milwaukee, WI |
| June 2019 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| April 2019 | Wisconsin Association of Homicide Investigators<br>2019 Annual Training Conference<br>*Investigating Homicides When Fires or Explosions Are Involved*<br>Kohler, WI |
| February 2019 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Milwaukee, WI |
| November 2018 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Chicago, IL |
| October 2018 | Milwaukee Area Technical College<br>*Basic Fire Investigations – Incendiary Indicators*<br>Oak Creek WI |
| June 2018 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Houston, TX |
| June 2018 | Wisconsin Chapter 25 IAAI<br>Spring Seminar<br>*Case Study, Building Construction, & Flashover*<br>Stevens Point, Wisconsin |
| March 2018 | Dane County Fire Investigators<br>Monthly Training<br>*Building Construction*<br>Sun Prairie, WI |
| December 2017 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Fatal Fires*<br>Huntsville, AL |
| December 2017 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Building Construction*<br>Huntsville, AL |
| August 2017 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Fatal Fires*<br>Huntsville, AL |

12

| | |
|---|---|
| August 2017 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Building Construction*<br>Huntsville, AL |
| December 2016 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Building Construction*<br>Huntsville, AL |
| July 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| June 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| May 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| April 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| March 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| February 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| February 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| December 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| December 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| September 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| August 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |

13

Case 2:24-cr-00236-PP   Filed 09/24/25   Page 13 of 18   Document 48-1
Case 1:24-cr-00236-WCG   Filed 11/18/24   Page 13 of 18   Document 16-1

| | |
|---|---|
| July 2015 | ATF Arson for Prosecutors Seminar<br>*Basic Fire Dynamics*<br>Milwaukee, Wisconsin |
| February 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| November 2014 | Blackhawk Technical College<br>*Fire Behavior Course*<br>Guest Instructor<br>Janesville, Wisconsin |
| September 2014 | Wisconsin Chapter 25 IAAI<br>Fall Seminar<br>*Arson Case Study*<br>Green Bay, Wisconsin |
| June 2014 | U.S. Homeland Security National Fire Academy<br>Fire/Arson Origin & Cause Investigation<br>*Building Construction*<br>Waukesha County Technical College, Waukesha, WI |
| June 2014 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Fire Origin & Cause*<br>Stevens Point, Wisconsin |
| June 2014 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Basic Building Construction*<br>Stevens Point, Wisconsin |
| May 2014 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| March 2014 | Wisconsin Association of Identification Conference<br>*Fire Related Evidence Collection*<br>Brookfield, Wisconsin |
| February 2014 | Washington County Fire Investigators Association<br>*Basic Building Construction*<br>West Bend, Wisconsin |
| November 2013 | Wisconsin Chapter 25 IAAI<br>Fall Seminar Basic Course<br>*Basic Building Construction*<br>Brookfield, Wisconsin |
| June 2013 | U.S. Homeland Security National Fire Academy<br>Fire/Arson Origin & Cause Investigation<br>*Building Construction*<br>Waukesha County Technical College, Waukesha, WI |

14

| | |
|---|---|
| February 2013 | U.S. Homeland Security National Fire Academy<br>Fire/Arson Origin & Cause Investigation<br>*Determining Origin & Cause*<br>Emmitsburg, MD |
| November 2012 | Wisconsin Chapter 25 IAAI<br>Fall Seminar Basic Course<br>*Basic Building Construction*<br>Wisconsin Dells, Wisconsin |
| September 2012 | U.S. Homeland Security National Fire Academy<br>Fire & Arson Investigation<br>*Building Construction*<br>Milwaukee Fire Department Academy, Milwaukee, WI |
| September 2012 | U.S. Homeland Security National Fire Academy<br>Fire & Arson Investigation<br>*Vehicle Fire Investigations*<br>Milwaukee Fire Department Academy, Milwaukee, WI |
| August 2012 | New Berlin Fire & Police Department<br>*Live Fire Training Exercise / Fire Pattern Analysis / PPA*<br>New Berlin, Wisconsin |
| June 2012 | U.S. Homeland Security National Fire Academy<br>Fire & Arson Investigation<br>*Building Construction*<br>Waukesha County Technical College, Waukesha, WI |
| June 2012 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Determining Origin & Cause*<br>Stevens Point, Wisconsin |
| November 2011 | Wisconsin Chapter 25 IAAI<br>Fall Seminar General Course<br>*Building Construction for Fire Investigators*<br>Pewaukee, Wisconsin |
| October 2011 | Waukesha County Technical College<br>*Fire Scene Case Studies*<br>Waukesha, WI |
| October 2011 | Racine County Fire Investigation Task Force<br>*Ignitable Liquids Overview*<br>Racine County Sheriff's Department<br>Racine, Wisconsin |
| June 2011 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Determining Origin & Cause*<br>Stevens Point, Wisconsin |

15

| | |
|---|---|
| May 2011 | U.S. Homeland Security National Fire Academy<br>Fire & Arson Investigation<br>*Building Construction*<br>Waukesha County Technical College, Waukesha, WI |
| January 2011 | IT Technical Institute<br>*Overview of Explosive and Arson Investigations*<br>Greenfield, Wisconsin |
| November 2010 | WI State Fire Marshal's Office Fire Investigator School<br>*Building Construction for Fire Investigators*<br>Sheboygan, WI |
| October 2010 | Waukesha County Technical College<br>*Fire Scene Case Studies*<br>Waukesha, WI |
| August 2010 | Waukesha & Dodge County Fire Investigators<br>*Fire Pattern Analysis Training / Post Flashover*<br>Ashippun, Wisconsin |
| June 2010 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Incendiary Fires*<br>Stevens Point, Wisconsin |
| May 2010 | Washington County Fire Investigation Task Force<br>*Building Construction and Fire Scene Analysis*<br>Washington County Sheriff's Department<br>West Bend, Wisconsin |
| April 2010 | Area # 7 (WI) Fire Inspectors Meeting<br>*Comparative Study of Residential Floor Systems Under Fire Conditions*<br>Appleton Fire Department (WI) |
| March 2010 | Ozaukee County Fire Investigation Task Force<br>*Basic Fire Dynamics*<br>Port Washington Fire Department<br>Port Washington, Wisconsin |
| February 2010 | Racine County Fire Investigation Task Force<br>*Building Construction and Fire Scene Analysis*<br>Racine County Sheriff's Department<br>Racine, Wisconsin |
| December 2009 | Milwaukee County District Attorney's Office<br>*Accidental & Incendiary Fires for Prosecutors*<br>Milwaukee, Wisconsin |

16

Case 2:24-cr-00236-PP    Filed 09/24/25    Page 16 of 18    Document 48-1
Case 2:24-cr-00236-WCG    Filed 11/18/24    Page 16 of 18    Document 16-1

| | |
|---|---|
| November 2009 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Incendiary Fires*<br>Rhinelander, Wisconsin |
| June 2009 | Madison Police & Fire Department Fire Investigation Unit<br>*Incendiary Fires*<br>Madison, Wisconsin |
| June 2009 | U.S. Homeland Security National Fire Academy<br>Fire & Arson Investigation<br>*Building Construction*<br>Waukesha County Technical College, Waukesha, WI |
| June 2009 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Incendiary Fires*<br>Stevens Point, Wisconsin |
| April 2008 | Fox Valley Technical College<br>Criminal Justice Theories Class<br>*Overview of Explosive and Arson Investigations*<br>Appleton, Wisconsin |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2004 – Present | Member – International Association of Arson Investigators (IAAI) |
| 2012 – Present | Member – National Fire Protection Association (NFPA) |
| 2020 – Present | Committee Member – NFPA 1033 (Fire Investigator Professional Qualifications) |
| 2014 – 2016 | District Director, IAAI Wisconsin Chapter 25 |

## AWARDS AND COMMENDATIONS

| | |
|---|---|
| 2009 | International Association of Arson Investigators, Wisconsin Chapter<br>Team Investigation of the Year Award |
| 2010 | International Association of Arson Investigators, Wisconsin Chapter<br>Team Investigation of the Year Award |
| 2012 | Wisconsin Department of Justice Outstanding Achievement Award<br>Team Arson Investigation |
| 2012 | Professional Commendation from U.S. Attorney, Eastern District of Wisconsin |
| 2012 | International Association of Arson Investigators, Wisconsin Chapter<br>Team Investigation of the Year Award |
| 2020 | Investigative Achievement Award<br>U.S. Attorney's Office, Eastern District of Wisconsin |
| 2021 | ATF Distinguished Service Medal<br>Twin Cities Civil Unrest Arsons Investigation |

17

| 2024 | International Association of Arson Investigators, Wisconsin Chapter Team Investigation of the Year Award |

## EXPERT TESTIMONIES

| December 2009 | Civil Deposition – *Andrew & Julie Richards v. Country Mutual Insurance Company;* Dane County, Wisconsin. |
| May 2012 | Criminal Trial – *U.S. vs. Feras Rahman;* U.S. District Court, Eastern District of Wisconsin. |
| October 2014 | Criminal Trial – *State of Wisconsin vs. Brian Adkins;* Jackson County District Court; Black River Falls, Wisconsin. |
| December 2019 | Criminal Trial – *State of Wisconsin vs. Matthew Neumann;* Milwaukee County District Court; Milwaukee, Wisconsin. |
| February 2020 | Criminal Trial – *U.S. vs. Brian Whitton;* U.S. District Court, Eastern District of Wisconsin. |
| May 2021 | Criminal Trial – *State of Wisconsin vs. Amani Smith;* Waukesha County District Court; Milwaukee, Wisconsin. |
| April 2024 | Criminal Trial – *U.S. vs. Carey Alice Hernandez;* U.S. District Court of Southern California; San Diego, California |
| October 2024 | Criminal Trial – *U.S. vs. Bobby McNeil;* U.S. District Court, Eastern District of Wisconsin. |

## OTHER TRAINING

| June 2016 | Law Enforcement Instructor Training Program (LEITP – 615) Federal Law Enforcement Training Center Glynco, Georgia |

18

Case 2:24-cr-00236-PP   Filed 09/24/25   Page 18 of 18   Document 48-1
Case 1:24-cr-00236-WCG   Filed 11/18/24   Page 18 of 18   Document 16-1