# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Dennise Moreno
Tom Phillip
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

November 10, 2025

Honorable Pamela Pepper, Chief Judge
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: *United States v. Arletta Allen*
    Case No. 24-cr-236

Dear Judge Pepper:

On October 28, 2025, the Court issued an order overruling Ms. Allen's objections to the Magistrate Judge's Report and Recommendation and denying Ms. Allen's motions to suppress and request for a *Franks* hearing. ECF No. 49. The Court also ordered the parties to file a status report by November 12, 2025, advising the Court of their anticipated next steps. *Id.* The parties submit this letter as their status report.

The parties believe this case will proceed to trial and have begun conferring about scheduling. They respectfully request that the Court set a counsel-only scheduling telephone conference in approximately two weeks to finalize trial dates and deadlines.

If the Court grants this request, the parties also ask that the Court exclude this time from the Speedy Trial Act calculations.

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.

Honorable Pamela Pepper, Chief Judge
November 10, 2025
Page 2

Sincerely,

*/s/ Craig W. Albee*
Craig W. Albee

CWA/lc