UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

   *Plaintiff,*

   *vs.*                   Case No. 24-CR-236

ARLETTA ALLEN,

   *Defendant.*

## UNOPPOSED MOTION TO RESCHEDULE STATUS HEARING

   Arletta Allen, by undersigned counsel, moves this Court for an order rescheduling the status conference currently set for January 5, 2026, by at least three weeks to allow counsel time to review recently received records, to meet with Ms. Allen, and to discuss this case with the government. Assistant United States Attorney Porchia Lewand has indicated that the government has no objection to this request. The parties believe that the additional time will allow for a more productive discussion at the status conference.

   The parties have conferred, and they are both available anytime on January 29, the afternoon of January 30, or anytime on February 2, 2026.

   For these reasons, Ms. Allen respectfully asks this Court to reschedule the January 5, 2026, status hearing. Ms. Allen also asks that the Court make the appropriate speedy trial findings.

*Federal Defender Services*
*Of Wisconsin, Inc.*

Dated at Milwaukee, Wisconsin, this 30th day of December, 2025.

>Respectfully submitted,
>
>*/s/ Craig W. Albee*
>Craig W. Albee, WI Bar #1015752
>Dennise Moreno, NY Bar #5797154
>Federal Defender Services
>  of Wisconsin, Inc.
>411 E. Wisconsin Avenue, Suite 2310
>Milwaukee, WI 53202
>Tel. (414) 221-9900
>Email: craig_albee@fd.org
>
>*Counsel for Defendant,* Arletta Allen