UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs.*　　　　　　　　　　　　　　　　　　Case No. 24-CR-236

ARLETTA ALLEN,

    *Defendant*.

## UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL

Arletta Allen, by undersigned counsel, moves this Court for an order amending her conditions of release to grant a temporary return of her passport and allow her to travel outside of the continental United States from January 31, 2026, to February 6, 2026. As grounds for this motion, undersigned counsel states the following:

    1.    On December 17, 2024, the government obtained a four-count indictment charging Ms. Allen with arson, in violation of 18 U.S.C. §§ 844(i) and 844(h); devising and participating in an insurance fraud scheme, in violation of 18 U.S.C. §§ 1343 and 1349; and making a false statement, in violation of 18 U.S.C. § 1001(a). Dkt. 1.

    2.    A summons was issued, requiring Ms. Allen to appear for an arraignment on January 13, 2025. Dkt. 2. Ms. Allen appeared before this Court on that date and entered a plea of not guilty. This Court entered an order of release including the conditions that Ms. Allen surrender her passport to the Clerk's Office, refrain from obtaining other travel documents; and refrain from traveling outside of the continental United States. Dkt. 6.

*Federal Defender Services*
*Of Wisconsin, Inc.*

3. Ms. Allen surrendered her passport to the Clerk's Office that same day, on January 13, 2025. Dkt. 7. She has remained compliant with her conditions of release over the past year.

4. Ms. Allen was recently gifted a ticket for a gospel cruise for her 45th birthday. The cruise is scheduled to depart from Tampa, Florida on February 1, 2026. It will have a single stop on Tuesday, February 3, 2026, when it is scheduled to dock in Cozumel, Mexico from 8:00 a.m. to 6:00 p.m. The cruise will then return to Tampa, Florida, where it is scheduled to arrive on February 5, 2026. Ms. Allen's return flight to Milwaukee from Tampa, Florida, is scheduled for the following morning, on February 6, 2026.

5. Ms. Allen respectfully requests an amendment of her conditions of release to allow her a temporary return of her passport and to travel to attend the cruise. Specifically, she requests an order allowing the return of her passport until Monday, February 9, 2026, and allowing her to travel on the cruise from Tampa, Florida to Cozumel, Mexico between February 1, 2026, and February 5, 2026.

6. Defense counsel conferred with Assistant United States Attorney Porchia Lewand, who indicated the government does not oppose this request.

2

*Federal Defender Services*
*Of Wisconsin, Inc.*

Case 2:24-cr-00236-PP    Filed 01/15/26    Page 2 of 3    Document 58

Dated at Milwaukee, Wisconsin, this 15th day of January, 2026.

Respectfully submitted,

<u>/s/ Dennise Moreno</u>
Dennise Moreno, NY Bar #5797154
Federal Defender Services
 of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: dennise_moreno@fd.org

*Counsel for Defendant,* Arletta Allen