UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Case No. 24-CR-236

ARLETTA ALLEN,

        Defendant.

## UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

The United States, by undersigned counsel, moves this Court for an order rescheduling the telephonic status conference currently set for January 29, 2026, by at least four weeks based on undersigned counsel learning that one of its expert witnesses is no longer available and the need to obtain a substitute expert. Counsel for Ms. Allen has indicated that the defense has no objection to this request. The parties believe that the additional time will allow for a more productive discussion at the status conference. The parties have conferred, and they are both available anytime on March 10 or 11, 2026.

For these reasons, the United States respectfully asks this Court to reschedule the January 29, 2026, telephonic status hearing and to make the appropriate speedy trial findings.

Dated at Milwaukee, Wisconsin, this 28th day of January, 2026.

                            Respectfully submitted,

                            BRAD D. SCHIMEL
                            United States Attorney

By:

                            /s/ *Kelly B. Watzka*
                            Assistant United States Attorney
                            Bar No. 1023186

1

Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414)297-1700
Fax: (414) 297-1738
E-mail: kelly.watzka@usdoj.gov