UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | March 10, 2026 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 24-cr-236 |
| CASE NAME: | United States of America v. Arletta Allen |
| NATURE OF HEARING: | Status conference |
| APPEARANCES: | Kelly Watzka – Attorney for the government |
| | Craig Albee – Attorney for the defendant |
| | Dennise Moreno – Attorney for the defendant |
| COURTROOM DEPUTY: | Justin Dreikosen |
| TIME: | 10:00 a.m. – 10:15 a.m. |
| HEARING: | October 15, 2026 at 10:00 a.m. (final pretrial conference) |

**AUDIO OF THIS HEARING AT DKT. NO. 63**

The court recounted that in early December, the parties had asked for additional time to review discovery before proposing a trial schedule. The court observed that, since then, the parties had twice asked for extensions of time, with the government once citing its need to retain a different expert. The court recounted that it had scheduled this hearing to circle back with the parties and ask about potential trial dates.

The prosecutor confirmed that the government had been required to retain a different expert, who was in the process of completing a new report. The prosecutor estimated that although it could take the new expert sixty additional days to finalize her report, the court probably should set a trial date.

The court asked the parties for their estimates as to the length of trial. The prosecutor reported that the government anticipated that its case-in-chief would take approximately four days. Defense counsel reported an estimate of one or two days to present a defense case. Neither party objected to the court's proposal of setting aside six trial days.

The prosecutor said that the parties previously had discussed potential trial dates and had identified the fall of 2026 as a time with relatively few conflicts, subject to the court's availability. The prosecutor advised that some key government witnesses would be unavailable from mid-September through the first week of October. Defense counsel reported that the week of October 26 would present a conflict for the defense.

After consultation with the parties, the court calendared a six-day jury trial to begin on Monday, November 2, 2026 and last through Tuesday, November 10, 2026. The court scheduled the final pretrial conference for Thursday, October 15, 2026 at 10:00 a.m.

1

The court initially advised the parties that it would issue its standard, pretrial scheduling order. Defense counsel then asked the court to revise its standard order to provide sequential deadlines (the government, then defense, rather than simultaneous filings) and to provide additional deadlines relating to the disclosure of the government's evidence. The court proposed that the parties confer and submit a proposed pretrial order (with agreed-upon deadlines) for the court's review. The court stated that if the parties could not agree on a particular deadline, or if the parties' proposed deadline would cause a problem for the court, the court would schedule an additional status conference to iron out any remaining issues.

Defense counsel asked the court to set a deadline for the parties to submit their joint, proposed final pretrial order. The court agreed.

The court **ORDERS** that the parties must file a joint, proposed final pretrial order no later than the end of the day on **April 21, 2026**. (The parties should include in that order any issues upon which they cannot agree.)

The court **ORDERS** that the time between March 10, 2026 and October 15, 2026 is **EXCLUDED** from the Speedy Trial calculation under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), because the ends of justice outweigh the interests of the public and the defendant in a speedy trial, and because failure to do so would deny the defendant the reasonable time necessary to prepare, taking into account the exercise of due diligence.

Dated in Milwaukee, Wisconsin this 10th day of March, 2026.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**