UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                  Case No. 24-CR-236

ARLETTA ALLEN,

        Defendant.

## JOINT PROPOSED PRE-TRIAL SCHEDULING ORDER

The United States of America, by and through its attorneys, Kelly B. Watzka and Porchia S. Lewand, Assistant United States Attorneys for the Eastern District of Wisconsin, and Arletta Allen, by her attorneys, Craig Albee and Dennise Moreno, hereby submit this joint proposed pretrial scheduling order.

On March 10, 2026, the Court set this matter for a Final Pre-trial Conference on October 15, 2026, and Jury Trial on November 2, 2026. The Court further ordered the parties to confer regarding a joint pre-trial scheduling order. The parties hereby submit the following proposed scheduling order for the Court's consideration.

- 7/17/2026—Government Expert Disclosures Due
- 8/17/2026—Defense Expert Disclosures Due;
- 8/31/2026 – Plea Deadline (Signed Agreement)
- 9/10/2026—Government's other acts notice; Government's provisional notice of statements of Arletta and social media it intends to introduce; Government's Provisional Witness List and Exhibit List
- 9/17/2026—Motions in Limine and Daubert Challenges Due (both parties)
- 9/24/2026—Defense Provisional Witness List and Exhibit List; Giglio Disclosure
  10/1/2026—Motions in Limine and Daubert Responses Due (both parties);
- 10/8/2026—Joint FPT Report Due; Jencks

Dated at Milwaukee, Wisconsin, this 21st day of April 2026.

Respectfully Submitted,

*/s/ Kelly B. Watzka*
Bar No. 1023186
/s/ *Porchia S. Lewand*
Assistant United States Attorneys
Bar No. 1099830
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414)297-1700
Fax: (414) 297-1738
E-mail: Kelly.watzka@usdoj.gov
Email:  porchia.lewand@usdoj.gov