UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-CR-236

ARLETTA ALLEN,

Defendant.

---

**EXPERT DISCLOSURES**

---

The United States of America, by its attorneys, Kelly B. Watzka and Porchia S. Lewand, Assistant United States Attorneys, hereby provides this summary of anticipated expert testimony pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, Rule 16(a)(4) of the Criminal Local Rules of this District, and Federal Rule of Evidence 702. Please see attachments 1-6, which contain a full description of each expert's qualifications, curriculum vitae, and their anticipated testimony. These are being disclosed pursuant to the Court's scheduling order.

The United States reserves the right to update these disclosures as appropriate, including disclosing additional opinions and/or rebuttal experts after reviewing any expert disclosures submitted by the defense.

- Attachment 1: Kristin Fanta, ATF, Forensic Auditor
- Attachment 2: Brian S. Grove, ATF, Professional Engineer
- Attachment 3: Rick Hankins, ATF, Special Agent and Certified Fire Investigator
- Attachment 4: Craig G. Mantzke, DCI, Lead Digital Evidence Specialist
- Attachment 5: Meghann McMahon, WSCL, Trace Evidence Analyst

- Attachment 6: Cameron Novak, ATF, Senior Electrical/Fire Research Engineer

Respectfully submitted this 10th day of July, 2026.


KELLY B. WATZKA
PORCHIA S. LEWAND
Assistant United States Attorney

*/s/ Kelly B. Watzka, Porchia S. Lewand*
Assistant United States Attorneys
Lewand Wisconsin State Bar No. 1099830
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
E-Mail: Porchia.Lewand@usdoj.gov
Phone: 414-297-1716