UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-cr-236

ARLETTA ALLEN,

Defendant.

---

**ATTACHMENT 3: EXPERT DISCLOSURE, RICK HANKINS**

---

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the government hereby notifies the court and defendant that at trial it will call Rick Hankins, a Senior Special Agent and Certified Fire Investigator with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). SA Hankins will testify as an expert to provide educational testimony on arson investigations and will also testify as to the origin and cause of the fire in this case.

This disclosure summarizes SA Hankins' background, qualifications, and expected expert testimony.

1. Background and Qualifications

The government anticipates that SA Hankins will testify regarding his prior education, training, and experience, which are summarized in his curriculum vitae and attached herein. SA Hankins will testify that he has responded to and investigated over 315 fires, in which he participated in determining the origin and cause. He has also participated in over 275 live fire exercises and received over 1,700 hours of fire-related education.

2. Summary of Anticipated Testimony

The government intends to introduce expert testimony from SA Hankins about the origin and cause of the fire in this case. SA Hankins will testify consistent with the findings documented in the origin and cause report that he authored which were turned over in the discovery materials in this case and incorporated by reference and attached herein. SA Hankins will testify to his analysis, reasons, results, conclusions, and opinions as expressed in that report.

More specially, SA Hankins will testify that he became involved in an investigation regarding a fire that occurred on October 10, 2021, at A Family Affair Soulfood Kitchen located at 417 South Main Street in Fond du Lac, Wisconsin. A Family Affair Soulfood Kitchen was a restaurant operated by the defendant, Arletta Allen. At the time of the fire, the restaurant had closed several hours prior. Approximately 21 minutes before the fire was reported by a 911 caller, the defendant was observed on surveillance footage returning to the building and then departing from the closed business approximately 3 minutes later.

Multiple agencies responded to investigate the fire including the Fond du Lac Fire Department, investigators with DCI, as well as ATF agents and engineers. SA Hankins will testify that he personally examined the fire scene on October 12th and October 14th and reviewed photographs and reports of initial interviews done by other members of law enforcement, conducted his own interviews with witnesses in the investigation, and conducted a thorough scene analysis.

SA Hankins will testify regarding the recommendations and methods of the NFPA 921 Guide for Fire and Explosion Investigations which he employed during this investigation consistent with his training and experience. SA Hankins will testify that he used the Scientific

Method during the course of the fire investigation, as recommended by the 2021[1] edition of the NFPA 921, which defines the scientific method as, "the systematic pursuit of knowledge involving the recognition and definition of a problem; the collection of data through observation and experimentation; analysis of the data; the formulation, evaluation, and testing of hypotheses, and where possible, the selection of a final hypothesis." He will also testify regarding the sources of information in this case and how NFPA 921 section 14.1.3 instructs fire investigators to evaluate those sources using "the fire investigator's common sense, the fire investigators personal knowledge and experience, the information source's reputation, or the source's particular interest in the results of the fire investigation…information should be evaluated for internal consistency, consistency with witnesses, consistency with other information sources, consistency with fire scene data, and consistency with fire dynamics principles."

SA Hankins will testify that in the investigation he considered fire dynamics. Fire dynamics is the study of how chemistry, fire science, and the engineering disciplines of fluid mechanic and heat transfer interact to influence fire behavior that produces fire effects, which are physical changes, to surfaces and materials. Specifically, SA Hankins will testify that he relied on the interpretation of fire effects as he conducted comparison of areas of less fire damage to areas of greater fire damage, with an emphasis on recognition, identification, and analysis of fire patterns. Of note, SA Hankins will testify that investigators observed heat damage to the ceiling of the restaurant that increased in severity near the doorway to the top landing of the basement staircase. The scene observations were consistent with fire extension from the top landing of the basement staircase. Further, he will testify that there was a distinct

[1] The 2021 edition was used at the time the case was investigated. To the extent that it becomes relevant, SA Hankins may also testify regarding the 2024 edition which contains the most recent standards which are current practices.

line of demarcation on the north wall at the top of the basement staircase at the elevation of the bottom shelf as well as charring to the ceiling joists and plywood framing above the shelving unit at the top landing of the basement staircase. SA Hankins report includes photographs that depict these observations.

SA Hankins will testify that he followed the scientific method as described above and based upon his training and experience and his examination of the fire scene, he was able to conclude that the fire originated on or near the shelves mounted on the north wall in the top landing of the basement staircase. He will also testify that the fire was the result of the intentional ignition of available or introduced combustible material by an open flame. He will testify that he classified the fire as incendiary, also known as an intentionally set fire.

SA Hankins will further testify that this conclusion was based on all of the information known to him at the time of the investigation including but not limited to his scene examination, witness statements, the Defendant's statements, review of scene photographs, review of reports of electrical artifacts and tests completed by ATF electrical engineers, and examination of exterior motion lights as well as surveillance footage near the restaurant at the time of the fire as more fully described in the attached report and summarized above.

SA Hankins will further opine that after employing the scientific method, the data collected during the fire investigation was inconsistent with other potential hypotheses, to include failure of gas appliances, gas leaks/explosions, and electrical causes. SA Hankins will also testify that based on his training and experience the damaged lithium batteries recovered at the fire scene were not the cause of this fire because 1) the fire occurred shortly after a person left the building and the majority of all fires are the result of human action or inaction; 2) lithium ion battery failures are rare events compared to the volume of lithium batteries

located in common everyday devices; 3) lithium battery failures often occur when devices are being actively charged at the time of the failure, however, the electrical receptacles in the area of fire origin were not energized at the time of the fire so these batteries were not being charged; 4) lithium batteries can rupture from internal failure as well as from external heat/fire impingement, producing similar and indistinguishable fire damage; and 5) the clandestine activity captured on surveillance video rendered a lithium battery failure hypothesis unreasonable. SA Hankins will also testify that there was no evidence of an accelerant.

SA Hankins will testify to the importance of considering human behavior as it relates to fire investigation as instructed in NFPA 921 section 11.1 which states "the initiation, development, and consequences of many fires and explosions are either directly or indirectly related to the actions and omissions of people associated with the incident scene. As such, the analyses of fire related human behavior will often be an integral part of the investigation." He will further testify that section 11.1.2 still demands a thorough investigation, "the analysis of human behavior is not a substitute for a thorough and properly conducted investigation. While the analysis of human behavior will provide valuable investigative insights, such analysis must be integrated into the total investigation."

SA Hankins will testify that NFPA 921 section 23.4.8 instructs investigators to consider timed opportunity: "timed opportunity refers to the indicators that a fire setter has timed the fire to coincide with conditions or circumstances that assist the chances of successful destruction of the target (property) or to utilize those conditions or circumstances to increase the chances of not being apprehended." Further, section 19.6.4.5 instructs that, "in the context of testing a cause hypothesis, the time frame may be a discriminator for determining if an ignition scenario is consistent with the available data as it relates to time frames."

SA Hankins will testify that in this case, the relevant circumstances included, but were not limited to, the defendant's statements regarding smelling gas and seeing sparks the morning of the fire, the defendant lying about returning to the restaurant minutes before the fire was reported and parking her vehicle away from the restaurant, and the defendant leaving her cellular phone at home. SA Hankins will opine that those circumstances were relevant to his finding that the fire was incendiary.

4. Prior Testimony

SA Hankins has testified as an expert in the past four years as documented below and further described in his curriculum vitae, attached herein.

- *United States v. Carey Alice Hernandez*, April 2024, SDCA
- *United States v. Bobby McNeil,* October, 2024, EDWI
- *United States v. Manoj Patel,* January 2025, EDWI
- *State of Wisconsin v. Maxwell S. Anderson,* May 2025, Milwaukee County Circuit Court, Wisconsin
- *State of Illinois v. Jamonte Davis,* Lake County District Court, Illinois

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure

RICKY HANKINS

Digitally signed by RICKY HANKINS
Date: 2026.07.09 15:16:32 -05'00'

/s/____________________
Rick Hankins
Special Agent and Certified Fire Investigator
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Dated: ____________________

CURRICULUM VITAE


## *Rick Hankins*

Department of Justice
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)
Milwaukee, WI

Email: Ricky.Hankins@atf.gov


## PROFESSIONAL EXPERIENCE

4/2003 to present **Senior Special Agent – Criminal Investigator**
Bureau of Alcohol, Tobacco Firearms and Explosives
Milwaukee, Wisconsin

**Duties: Investigate** alleged violations of Federal explosive, arson, firearms, alcohol, and tobacco statutes. Investigative functions include obtaining evidence, preparing and presenting criminal case reports to the United States Attorney for prosecution of said violations; preparing and serving arrest and/or search warrants; and testifying as a government witness.

11/2009 to present **ATF Special Agent Certified Fire Investigator - SACFI**
Bureau of Alcohol, Tobacco Firearms and Explosives
Milwaukee, Wisconsin

**Duties:** Responsible for providing technical support and analysis to assist fire origin and cause investigations. Specific duties include origin and cause determinations, court preparation and presentation of evidence, as well as technical interpretation of fire-related information.

9/2024 to present **ATF Certified Fire Investigator Program Manager**
Bureau of Alcohol, Tobacco Firearms and Explosives
Agencywide - United States

**Duties:** Responsible for the training and certification process of ATF Special Agent Certified Fire Investigators. Specific duties also include managing the budget for training and equipment, as well as managing the policies and procedures related to ATF fire investigations.

## PROFESSIONAL EXPERIENCE – FIRE

2003 to Present **Fire Scene Investigations**
Conducted and participated in over 310 fire scene examinations.

**Live Fire Training**
Conducted and participated in over 275 live fire training exercises; in which actual structural & vehicle fires were ignited, fire growth observed, and fire patterns analyzed after extinguishment.

| | |
|---|---|
| 2012 to Present | **ATF National Response Team**<br>Member of ATF National Response Team responsible for investigating large scale fires and explosions. |

## EDUCATION

| | |
|---|---|
| 1997 | **University of Wisconsin – Eau Claire**<br>Eau Claire, WI<br>Bachelor of Arts Degree (BA)<br>Major: Criminal Justice |

## CERTIFICATIONS

| | |
|---|---|
| 11/2009 – Present | Special Agent/Certified Fire Investigator<br>ATF 2-year Certification Program Certified 2009 |
| 6/2011 - Present | Certified Fire Investigator, International Association of Arson Investigators<br>Certification #25-052417 |
| 5/2021 - Present | Wisconsin Technical College System Board Certified Fire Investigator |

## FIRE RELATED PROFESSIONAL TRAINING RECEIVED (Over 1,799 Hours)

| | | |
|---|---|---|
| April 2026 | International Association of Arson Investigators<br>*2026 International Training Conference*<br>St. Louis, MO | (32 hours) |
| April 2026 | National Wildfire Coordinating Group<br>*FI-210 Wildland Fire Origin & Cause Determination*<br>Fort Collins, Colorado | (40 hours) |
| April 2026 | International Association of Arson Investigators<br>*Fire Dynamics in the Wildland*<br>CFITrainer.net | (3 hours) |
| February 2026 | International Association of Arson Investigators<br>*Fatal Fires: Investigation*<br>CFITrainer.net | (3 hours) |
| January 2026 | International Association of Arson Investigators<br>*Fatal Fires: Fire Effects on the Body*<br>CFITrainer.net | (3 hours) |
| November 2025 | International Association of Arson Investigators<br>*Commercial Kitchen Fires 2: Investigation*<br>CFITrainer.net | (3 hours) |

| | | |
|---|---|---|
| August 2025 | U.S. Department of Justice, ATF<br>*Annual CFI Refresher Training*<br>Huntsville, AL | (24 hours) |
| June 2024 | International Association of Arson Investigators<br>*Commercial Kitchen Fires 1*<br>CFITrainer.net | (3 hours) |
| April 2024 | U.S. Department of Justice, ATF<br>*Annual ATF NRT/CFI Refresher Training*<br>New Orleans, LA | (24 hours) |
| April 2024 | International Association of Arson Investigators<br>*2024 International Training Conference*<br>Las Vegas, NV | (36 hours) |
| April 2023 | International Association of Arson Investigators<br>*2023 International Training Conference*<br>Cherokee, NC | (36 hours) |
| April 2023 | U.S. Department of Justice, ATF<br>*Annual ATF NRT Refresher Training*<br>Denver, CO | (24 hours) |
| March 2023 | U.S. Department of Justice, ATF<br>*Annual ATF CFI Refresher Training*<br>Asheville, NC | (24 hours) |
| April 2022 | International Association of Arson Investigators (Alaska Chapter)<br>*Annual Training Conference*<br>Anchorage, AK | (40 hours) |
| March 2022 | U.S. Department of Justice, ATF<br>*Annual ATF CFI Refresher Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (24 hours) |
| August 2021 | U.S. Department of Justice, ATF<br>*National Response Team and CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (32 hours) |
| June 2021 | International Association of Arson Investigators<br>*Lithium-Ion Battery Fires*<br>CFITrainer.net | (1 hour) |
| June 2021 | International Association of Arson Investigators<br>*Search and Seizure*<br>CFITrainer.net | (4 hours) |
| May 2021 | International Association of Arson Investigators<br>*Insurance and Fire Investigation*<br>CFITrainer.net | (4 hours) |

| | | |
|---|---|---|
| May 2021 | International Association of Arson Investigators<br>*Fundamentals of Interviewing*<br>CFITrainer.net | <br><br>(4 hours) |
| May 2021 | International Association of Arson Investigators<br>*How First Responders Impact the Fire Investigation*<br>CFITrainer.net | <br><br>(2 hours) |
| May 2021 | International Association of Arson Investigators<br>*Fire Investigator Scene Safety*<br>CFITrainer.net | <br><br>(3 hours) |
| May 2021 | International Association of Arson Investigators<br>*Electrical Safety*<br>CFITrainer.net | <br><br>(3 hours) |
| May 2021 | International Association of Arson Investigators<br>*DNA*<br>CFITrainer.net | <br><br>(3 hours) |
| May 2021 | International Association of Arson Investigators<br>*Electric and Hybrid Vehicle Fires*<br>CFITrainer.net | <br><br>(3 hours) |
| May 2021 | International Association of Arson Investigators<br>*Critical Thinking Solving Cases*<br>CFITrainer.net | <br><br>(4 hours) |
| May 2021 | International Association of Arson Investigators<br>*Discovery in Criminal Cases*<br>CFITrainer.net | <br><br>(3 hours) |
| May 2021 | International Association of Arson Investigators<br>*Critical Evaluation of Commonly Reported Accidental Causes*<br>CFITrainer.net | <br><br>(3 hours) |
| May 2020 | International Association of Arson Investigators<br>*Residential Natural Gas Systems*<br>CFITrainer.net | <br><br>(3 hours) |
| May 2020 | International Association of Arson Investigators<br>*Residential Electrical Systems*<br>CFITrainer.net | <br><br>(3 hours) |
| May 2020 | International Association of Arson Investigators<br>*Introduction to Youth-Set Fires*<br>CFITrainer.net | <br><br>(3 hours) |
| May 2020 | International Association of Arson Investigators<br>*Investigating Fire and Explosion Incidents Involving LODD*<br>CFITrainer.net | <br><br>(3 hours) |

| | | |
|---|---|---|
| May 2020 | International Association of Arson Investigators<br>*Introduction to Appliances*<br>CFITrainer.net | (3 hours) |
| March 2020 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (32 hours) |
| November 2019 | International Association of Arson Investigators<br>*Fire Protection Systems*<br>CFITrainer.net | (3 hours) |
| August 2019 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |
| July 2019 | International Association of Arson Investigators<br>*Fire Flow Analysis*<br>CFITrainer.net | (3 hours) |
| May 2019 | U.S. Department of Justice, ATF<br>*ATF CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (24 hours) |
| April 2019 | Wisconsin Association of Homicide Investigators<br>2019 Annual Training Conference<br>*Investigating Homicides When Fires or Explosions Are Involved*<br>Kohler, WI | (22 Hours) |
| April 2019 | International Association of Arson Investigators<br>*2019 International Training Conference*<br>Jacksonville, FL | (32 hours) |
| October 2018 | International Association of Arson Investigators<br>*Explosion Dynamics*<br>CFITrainer.net | (4 hours) |
| May 2018 | International Association of Arson Investigators<br>*2018 International Training Conference*<br>Frisco, TX | (32 hours) |
| April 2018 | U.S. Department of Justice, ATF<br>*ATF CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (24 hours) |
| March 2018 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |

| | | |
|---|---|---|
| February 2018 | International Association of Arson Investigators<br>*Charleston Sofa Super Store Fire*<br>CFITrainer.net | (4 hours) |
| January 2018 | International Association of Arson Investigators<br>*Effective Investigation and Testimony*<br>CFITrainer.net | (3 hours) |
| November 2017 | International Association of Arson Investigators<br>*Fire Chemistry*<br>CFITrainer.net | (3 hours) |
| October 2017 | Collin County Investigators Association<br>*Forensic Fire Death Investigations Course*<br>Sam Houston State University (Huntsville, TX) | (40 hours) |
| August 2017 | International Association of Arson Investigators<br>*Process of Elimination*<br>CFITrainer.net | (3 hours) |
| June 2017 | International Association of Arson Investigators<br>*Fundamentals of Residential Building Construction*<br>CFITrainer.net | (3 hours) |
| May 2017 | International Association of Arson Investigators<br>*Motor Vehicles: The Engine and the Ignition, Electrical, and Fuel Systems*<br>CFITrainer.net | (3 hours) |
| March 2017 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |
| March 2016 | U.S. Department of Justice, ATF<br>*National Response Team / CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |
| June 2015 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| May 2015 | U.S. Department of Justice, ATF<br>*National Response Team / CFI Annual Training*<br>ATF National Center for Explosives Training & Research<br>Huntsville, AL | (40 hours) |
| September 2014 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Fall Conference*<br>Green Bay, Wisconsin | (20 hours) |

| | | |
|---|---|---|
| August 2014 | U.S. Department of Justice, ATF<br>*National Response Team Annual Training*<br>Huntsville, AL | (40 hours) |
| July 2014 | U.S. Department of Justice, ATF<br>*CFI Annual Training*<br>Emmitsburg, Maryland | (40 hours) |
| June 2014 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| May 2014 | International Association of Arson Investigators<br>*Basic Electricity*<br>CFITrainer.net | (4 hours) |
| November 2013 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Fall Conference*<br>Brookfield, Wisconsin | (20 hours) |
| August 2013 | U.S. Department of Justice, ATF<br>*National Response Team / CFI Annual Training*<br>ATF National Academy<br>Brunswick, GA | (40 hours) |
| June 2013 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| January 2013 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Specialized Post-Flashover Training*<br>Brookfield, Wisconsin | (8 hours) |
| November 2012 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Fall Conference*<br>Wisconsin Dells, Wisconsin | (20 hours) |
| October 2012 | International Association of Arson Investigators<br>*Wildland Fires Investigation*<br>CFITrainer.net | (4 hours) |
| October 2012 | International Association of Arson Investigators<br>*Evidence Examination: What Happens at the Lab?*<br>CFITrainer.net | (4 hours) |
| August 2012 | U.S. Department of Justice, ATF<br>*National Response Team Training*<br>National Center for Explosive Training & Research<br>Huntsville, AL | (40 hours) |
| June 2012 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |

| | | |
|---|---|---|
| April 2012 | U.S. Department of Justice, ATF<br>*Certified Fire Investigator Recertification*<br>Ammendale, MD | (40 hours) |
| November 2011 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Fall Conference*<br>Pewaukee, Wisconsin | (20 hours) |
| August 2011 | U.S. Department of Justice, ATF<br>*Certified Fire Investigator Recertification*<br>Huntsville, AL | (40 hours) |
| June 2011 | West Bend Fire Department<br>*Positive Pressure Ventilation / Attack*<br>West Bend, Wisconsin | (5 hours) |
| June 2011 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| November 2010 | Fire Findings Laboratories<br>*Investigation of Gas and Electric Appliance Fires*<br>Benton Harbor, MI | (30 hours) |
| June 2010 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| March 2010 | International Association of Arson Investigators<br>*Arc Mapping Basics*<br>CFITrainer.net | (4 hours) |
| March 2010 | U.S. Department of Justice, ATF<br>*Certified Fire Investigator Recertification*<br>Chicago, IL | (40 hours) |
| December 2009 | International Association of Arson Investigators<br>*Motive, Means, and Opportunity: Determining Responsibility in an Arson Case*<br>CFITrainer.net | (4hours) |
| October 2009 | International Association of Arson Investigators<br>*Fire and Explosion Investigations: Utilizing NFPA 1033 & 921*<br>CFITrainer.net | (4 hours) |
| October 2009 | International Association of Arson Investigators<br>*Postflashover Fires*<br>CFITariner.net | (4 hours) |
| October 2009 | International Association of Arson Investigators<br>*A Ventilation-Focused Approach to the Impact of Building Structures and Systems on Fire Development*<br>CFITrainer.net | (4 hours) |

| | | |
|---|---|---|
| October 2009 | International Association of Arson Investigators<br>*Vacant and Abandoned Buildings: Hazards and Solutions*<br>CFITrainer.net | (4 hours) |
| September 2009 | U.S. Department of Justice, ATF<br>*Certified Fire Investigator Recertification*<br>Kansas City, MO | (40 hours) |
| September 2009 | International Association of Arson Investigators<br>*Managing Complex Fire Scene Investigations*<br>CFITrainer.net | (4 hours) |
| August 2009 | International Association of Arson Investigators<br>*Investigating Motor Vehicle Fires*<br>CFITrainer.net | (4 hours) |
| July 2009 | U.S. Department of Justice, ATF<br>*Enclosure Fire / Fire Phenomena*<br>ATF Fire Research Lab, Beltsville, MD | (20 hours) |
| June 2009 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Annual Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| May 2009 | University of Maryland University College<br>*Fire Dynamics (FSCN 414)*<br>On-Line Semester College Course | (3 college credits) |
| February 2009 | International Association of Arson Investigators<br>*Magnetek: A Case Study In The Daubert Challenge*<br>CFITrainer.net | (2 hours) |
| October 2008 | International Association of Arson Investigators<br>*Digital Photography and the Fire Investigator*<br>CFITrainer.net | (4 hours) |
| September 2008 | International Association of Arson Investigators<br>*Understanding Fire Through the Candle Experiments*<br>CFITrainer.net | (4 hours) |
| September 2008 | U.S. Department of Justice, ATF<br>*Advanced Origin and Cause*<br>*Courtroom Testimony*<br>National Fire Academy (Emmitsburg, MD) | (80 hours) |
| September 2008 | International Association of Arson Investigators<br>*Documenting the Event*<br>CFITrainer.net | (4 hours) |
| August 2008 | International Association of Arson Investigators<br>*Investigating Fatal Fires*<br>CFITrainer.net | (4 hours) |

| | | |
|---|---|---|
| May 2008 | University of Maryland University College<br>*Fire Investigation and Analysis (FSCN 306)*<br>On-Line Semester College Course | (3 college credits) |
| May 2008 | International Association of Arson Investigators<br>*Physical Evidence at the Fire Scene*<br>CFITrainer.net | (4 hours) |
| March 2008 | International Association of Arson Investigators<br>*An Analysis of the Station Nightclub Fire*<br>CFITrainer.net | (4 hours) |
| March 2008 | International Association of Arson Investigators<br>*Introduction to Evidence*<br>CFITrainer.net | (4 hours) |
| March 2008 | International Association of Arson Investigators<br>*The Scientific Method for Fire and Explosion Investigation*<br>CFITrainer.net | (3 hours) |
| March 2008 | International Association of Arson Investigators<br>*Introduction to Fire Dynamics and Modeling*<br>CFITrainer.net | (4 hours) |
| December 2007 | U.S. Environmental Protection Agency<br>*Hazardous Materials Incident Response Operations*<br>Cincinnati, Ohio | (40 hours) |
| November 2007 | U.S. Department of Homeland Security<br>National Fire Academy<br>*ATF Certified Fire Investigator Candidate Orientation*<br>Emmitsburg, Maryland | (24 hours) |
| September 2007 | U.S. Department of Homeland Security<br>National Fire Academy<br>*Fire and Arson Investigation*<br>Emmitsburg, Maryland | (80 hours) |
| June 2006 | International Association of Arson Investigators<br>*Wisconsin Chapter 25 Spring Conference*<br>Stevens Point, Wisconsin | (20 hours) |
| May 2005 | Waukesha County Technical College<br>*Fire Investigator 1*<br>Pewaukee, Wisconsin | (40 hours) |
| July 2004 | U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives<br>*Special Agent New Professional Training – Arson Block*<br>Brunswick, Georgia | (40 hours) |

*Additional Professional Training:*

| | |
|---|---|
| October 2003 - December 2003 | Federal Law Enforcement Training Center<br>Criminal Investigator Training Program<br>Glynco, Georgia |
| April 2004 - July 2004 | U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms & Explosives<br>Special Agent New Professional Training<br>Glynco, Georgia |

**INSTRUCTOR EXPERIENCE**

| | |
|---|---|
| June 2026 | Milwaukee Area Fire Investigators Group<br>*Fire Scene Report Writing*<br>Brookfield, WI |
| March 2026 | Milwaukee Area Fire Investigators Group<br>*Avoiding Bias in Fire Investigations*<br>Brookfield, WI |
| February 2026 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Huntsville, AL |
| December 2025 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| July 2025 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Huntsville, AL |
| June 2025 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| June 2025 | National Fire Academy (FEMA)<br>*Fire Investigation: Essentials (R0772)*<br>Emmitsburg, MD |
| May 2025 | ATF Leadership Series<br>*Investigating Riot Arsons*<br>Nationwide Online |
| October 2024 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Huntsville, AL |
| September 2024 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |

| | |
|---|---|
| April 2024 | International Association of Arson Investigators<br>International Training Conference<br>*Arson & Violence in America*<br>Las Vegas, Nevada |
| November 2023 | Nevada Chapter of International Association of Arson Investigators<br>*Arson & Violence in America*<br>Las Vegas, Nevada |
| September 2023 | Wisconsin Department of Justice – State Fire Marshal's Office<br>*Basic Fire Investigation Course*<br>Mid-State Technical College – Stevens Point, WI |
| September 2023 | Iowa Chapter of International Association of Arson Investigators<br>*Arson & Violence in America*<br>Johnston, Iowa |
| May 2023 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Huntsville, AL |
| August 2022 | Wisconsin Department of Justice – State Fire Marshal's Office<br>*Basic Fire Investigation Course*<br>Mid-State Technical College<br>Stevens Point, WI |
| April 2022 | International Association of Arson Investigators (Alaska Chapter)<br>*Fatal Fires & Developing Arson Leads*<br>Anchorage, AK |
| March 2022 | Waukesha County Law Enforcement Agencies<br>*Fatal Fires*<br>Waukesha, WI |
| October 2021 | Racine Police Department<br>*Fire Origin & Cause Investigations*<br>Milwaukee, WI |
| February 2021 | Milwaukee & West Allis Police Departments<br>*Fire Origin & Cause Investigations*<br>Milwaukee, WI |
| January 2021 | Milwaukee Police Department<br>*Fire Origin & Cause Investigations*<br>Milwaukee, WI |
| June 2019 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |

| | |
|---|---|
| April 2019 | Wisconsin Association of Homicide Investigators<br>2019 Annual Training Conference<br>*Investigating Homicides When Fires or Explosions Are Involved*<br>Kohler, WI |
| February 2019 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Milwaukee, WI |
| November 2018 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Chicago, IL |
| October 2018 | Milwaukee Area Technical College<br>*Basic Fire Investigations – Incendiary Indicators*<br>Oak Creek WI |
| June 2018 | ATF National Center for Explosive Training and Research<br>*Arson for Prosecutors*<br>Houston, TX |
| June 2018 | Wisconsin Chapter 25 IAAI<br>Spring Seminar<br>*Case Study, Building Construction, & Flashover*<br>Stevens Point, Wisconsin |
| March 2018 | Dane County Fire Investigators<br>Monthly Training<br>*Building Construction*<br>Sun Prairie, WI |
| December 2017 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Fatal Fires*<br>Huntsville, AL |
| December 2017 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Building Construction*<br>Huntsville, AL |
| August 2017 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Fatal Fires*<br>Huntsville, AL |
| August 2017 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Building Construction*<br>Huntsville, AL |
| December 2016 | ATF National Center for Explosive Training and Research<br>*Advanced Origin & Cause Course – Building Construction*<br>Huntsville, AL |

| | |
|---|---|
| July 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| June 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| May 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| April 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| March 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| February 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| February 2016 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| December 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| December 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| September 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| August 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |
| July 2015 | ATF Arson for Prosecutors Seminar<br>*Basic Fire Dynamics*<br>Milwaukee, Wisconsin |
| February 2015 | ATF National Academy / Special Agent Basic Training<br>*Fire Origin & Cause Investigations*<br>Glynco, GA |

November 2014 | Blackhawk Technical College
*Fire Behavior Course*
Guest Instructor
Janesville, Wisconsin

September 2014 | Wisconsin Chapter 25 IAAI
Fall Seminar
*Arson Case Study*
Green Bay, Wisconsin

June 2014 | U.S. Homeland Security National Fire Academy
Fire/Arson Origin & Cause Investigation
*Building Construction*
Waukesha County Technical College, Waukesha, WI

June 2014 | Wisconsin Chapter 25 IAAI
Spring Seminar Basic Course
*Fire Origin & Cause*
Stevens Point, Wisconsin

June 2014 | Wisconsin Chapter 25 IAAI
Spring Seminar Basic Course
*Basic Building Construction*
Stevens Point, Wisconsin

May 2014 | ATF National Academy / Special Agent Basic Training
*Fire Origin & Cause Investigations*
Glynco, GA

March 2014 | Wisconsin Association of Identification Conference
*Fire Related Evidence Collection*
Brookfield, Wisconsin

February 2014 | Washington County Fire Investigators Association
*Basic Building Construction*
West Bend, Wisconsin

November 2013 | Wisconsin Chapter 25 IAAI
Fall Seminar Basic Course
*Basic Building Construction*
Brookfield, Wisconsin

June 2013 | U.S. Homeland Security National Fire Academy
Fire/Arson Origin & Cause Investigation
*Building Construction*
Waukesha County Technical College, Waukesha, WI

February 2013 | U.S. Homeland Security National Fire Academy
Fire/Arson Origin & Cause Investigation
*Determining Origin & Cause*
Emmitsburg, MD

November 2012 | Wisconsin Chapter 25 IAAI
Fall Seminar Basic Course
*Basic Building Construction*
Wisconsin Dells, Wisconsin

September 2012 | U.S. Homeland Security National Fire Academy
Fire & Arson Investigation
*Building Construction*
Milwaukee Fire Department Academy, Milwaukee, WI

September 2012 | U.S. Homeland Security National Fire Academy
Fire & Arson Investigation
*Vehicle Fire Investigations*
Milwaukee Fire Department Academy, Milwaukee, WI

August 2012 | New Berlin Fire & Police Department
*Live Fire Training Exercise / Fire Pattern Analysis / PPA*
New Berlin, Wisconsin

June 2012 | U.S. Homeland Security National Fire Academy
Fire & Arson Investigation
*Building Construction*
Waukesha County Technical College, Waukesha, WI

June 2012 | Wisconsin Chapter 25 IAAI
Spring Seminar Basic Course
*Determining Origin & Cause*
Stevens Point, Wisconsin

November 2011 | Wisconsin Chapter 25 IAAI
Fall Seminar General Course
*Building Construction for Fire Investigators*
Pewaukee, Wisconsin

October 2011 | Waukesha County Technical College
*Fire Scene Case Studies*
Waukesha, WI

October 2011 | Racine County Fire Investigation Task Force
*Ignitable Liquids Overview*
Racine County Sheriff's Department
Racine, Wisconsin

June 2011 | Wisconsin Chapter 25 IAAI
Spring Seminar Basic Course
*Determining Origin & Cause*
Stevens Point, Wisconsin

May 2011 | U.S. Homeland Security National Fire Academy
Fire & Arson Investigation
*Building Construction*
Waukesha County Technical College, Waukesha, WI

| | |
|---|---|
| January 2011 | IT Technical Institute<br>*Overview of Explosive and Arson Investigations*<br>Greenfield, Wisconsin |
| November 2010 | WI State Fire Marshal's Office Fire Investigator School<br>*Building Construction for Fire Investigators*<br>Sheboygan, WI |
| October 2010 | Waukesha County Technical College<br>*Fire Scene Case Studies*<br>Waukesha, WI |
| August 2010 | Waukesha & Dodge County Fire Investigators<br>*Fire Pattern Analysis Training / Post Flashover*<br>Ashippun, Wisconsin |
| June 2010 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Incendiary Fires*<br>Stevens Point, Wisconsin |
| May 2010 | Washington County Fire Investigation Task Force<br>*Building Construction and Fire Scene Analysis*<br>Washington County Sheriff's Department<br>West Bend, Wisconsin |
| April 2010 | Area # 7 (WI) Fire Inspectors Meeting<br>*Comparative Study of Residential Floor Systems Under Fire Conditions*<br>Appleton Fire Department (WI) |
| March 2010 | Ozaukee County Fire Investigation Task Force<br>*Basic Fire Dynamics*<br>Port Washington Fire Department<br>Port Washington, Wisconsin |
| February 2010 | Racine County Fire Investigation Task Force<br>*Building Construction and Fire Scene Analysis*<br>Racine County Sheriff's Department<br>Racine, Wisconsin |
| December 2009 | Milwaukee County District Attorney's Office<br>*Accidental & Incendiary Fires for Prosecutors*<br>Milwaukee, Wisconsin |
| November 2009 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Incendiary Fires*<br>Rhinelander, Wisconsin |
| June 2009 | Madison Police & Fire Department Fire Investigation Unit<br>*Incendiary Fires*<br>Madison, Wisconsin |

| | |
|---|---|
| June 2009 | U.S. Homeland Security National Fire Academy<br>Fire & Arson Investigation<br>*Building Construction*<br>Waukesha County Technical College, Waukesha, WI |
| June 2009 | Wisconsin Chapter 25 IAAI<br>Spring Seminar Basic Course<br>*Incendiary Fires*<br>Stevens Point, Wisconsin |
| April 2008 | Fox Valley Technical College<br>Criminal Justice Theories Class<br>*Overview of Explosive and Arson Investigations*<br>Appleton, Wisconsin |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2004 – Present | Member – International Association of Arson Investigators (IAAI) |
| 2012 – Present | Member – National Fire Protection Association (NFPA) |
| 2020 – Present | Committee Member – NFPA 1033 (Fire Investigator Professional Qualifications) |
| 2014 – 2016 | District Director, IAAI Wisconsin Chapter 25 |

## AWARDS AND COMMENDATIONS

| | |
|---|---|
| 2009 | International Association of Arson Investigators, Wisconsin Chapter<br>Team Investigation of the Year Award |
| 2010 | International Association of Arson Investigators, Wisconsin Chapter<br>Team Investigation of the Year Award |
| 2012 | Wisconsin Department of Justice Outstanding Achievement Award<br>Team Arson Investigation |
| 2012 | Professional Commendation from U.S. Attorney, Eastern District of Wisconsin |
| 2012 | International Association of Arson Investigators, Wisconsin Chapter<br>Team Investigation of the Year Award |
| 2020 | Investigative Achievement Award<br>U.S. Attorney's Office, Eastern District of Wisconsin |
| 2021 | ATF Distinguished Service Medal<br>Twin Cities Civil Unrest Arsons Investigation |
| 2024 | International Association of Arson Investigators, Wisconsin Chapter<br>Team Investigation of the Year Award |

## EXPERT TESTIMONIES

| | |
|---|---|
| December 2009 | Civil Deposition – *Andrew & Julie Richards v. Country Mutual Insurance Company;* Dane County, Wisconsin. |
| May 2012 | Criminal Trial – *U.S. vs. Feras Rahman;* U.S. District Court, Eastern District of Wisconsin. |
| October 2014 | Criminal Trial – *State of Wisconsin vs. Brian Adkins;* Jackson County District Court; Black River Falls, Wisconsin. |
| December 2019 | Criminal Trial – *State of Wisconsin vs. Matthew Neumann;* Milwaukee County District Court; Milwaukee, Wisconsin. |
| February 2020 | Criminal Trial – *U.S. vs. Brian Whitton;* U.S. District Court, Eastern District of Wisconsin. |
| May 2021 | Criminal Trial – *State of Wisconsin vs. Amani Smith;* Waukesha County District Court; Waukesha, Wisconsin. |
| April 2024 | Criminal Trial – *U.S. vs. Carey Alice Hernandez;* U.S. District Court of Southern California; San Diego, California |
| October 2024 | Criminal Trial – *U.S. vs. Bobby McNeil;* U.S. District Court, Eastern District of Wisconsin. |
| January 2025 | Criminal Trial – *U.S. vs. Manoj Patel;* U.S. District Court, Eastern District of Wisconsin. |
| May 2025 | Criminal Trial – *State of Wisconsin vs. Maxwell S. Anderson;* Milwaukee County District Court; Milwaukee, Wisconsin. |
| December 2025 | Criminal Trial – *State of Illinois vs. Jamonte Davis;* Lake County District Court; Waukegan Illinois. |

## OTHER TRAINING

| | |
|---|---|
| June 2016 | Law Enforcement Instructor Training Program (LEITP – 615)<br>Federal Law Enforcement Training Center<br>Glynco, Georgia |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| A Family Affair Soulfood Kitchen Fire | 772115-22-0006 | 17 |

## ORIGIN AND CAUSE REPORT

### SUMMARY OF EVENT:

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Certified Fire Investigator (CFI) origin and cause determination.

### SYNOPSIS:

On October 10, 2021, fire damaged A Family Affair Soulfood Kitchen located at 417 South Main Street in Fond du Lac, Wisconsin. ATF Special Agent Certified Fire Investigator Rick Hankins, along with other investigators, examined the fire scene on October 12, 2021; October 14, 2021; and November 2, 2021.

### NARRATIVE:

1. On October 10, 2021, at approximately 8:59PM, the Fond du Lac Fire Department responded to a fire at A Family Affair Soulfood Kitchen located at 417 South Main Street in Fond du Lac, Wisconsin. Firefighters subsequently extinguished the fire.

2. The building located at 417 South Main Street is owned by R[redacted] F[redacted] (DOB: [redacted]/1993) and leased by Arletta R. Allen (DOB: [redacted]1981). Arletta Allen is the owner and operator of A Family Affair Soulfood Kitchen. The property is insured by Germantown Mutual.

3. On October 12, 2021, and October 14, 2021, ATF Special Agent Certified Fire Investigator (CFI) Rick Hankins, along with other investigators, conducted a fire scene examination at A Family Affair Soulfood Kitchen pursuant to a signed consent form provided by Arletta Allen to the Wisconsin Department of Justice – Division of Criminal Investigation (DCI). Investigators conducted a third fire scene examination at the restaurant on November 2, 2021, pursuant to Federal search warrant #21-M-489 issued by Eastern District of Wisconsin Magistrate Judge Joseph Dries.

| | | | |
|---|---|---|---|
| Prepared by: Ricky A. Hankins | Title: Special Agent, Milwaukee I Field Office | Signature: | Date: 3/18/22 |
| Authorized by: Ryan T. Arnold | Title: Resident Agent in Charge, Milwaukee I Field Office | Signature: | Date: 3/22/22 |
| Second level reviewer (optional): Kristen E. DeTineo | Title: Special Agent in Charge, Chicago Field Division | Signature: | Date: |

## FIRE SCENE INVESTIGATIVE PARTICIPANTS

*October 12, 2021*

ATF Special Agent CFI Rick Hankins
DCI Special Agent Kevin Heimerl, CFI
DCI Special Agent Matt Anderson, FIT
DCI Special Agent Eric Beine, CFEI

*October 14, 2021*

ATF Special Agent CFI Rick Hankins
DCI Special Agent Kevin Heimerl, CFI
DCI Special Agent Matt Anderson
DCI Special Agent Eric Beine, CFEI
DCI Special Agent Ryan Windorff, FIT
ATF Fire Research Engineer Brian Grove
ATF Electrical/Fire Research Engineer Ben Rouleau

*November 2, 2021*

ATF Special Agent Rick Hankins
DCI Special Agent in Charge Brian Liethen
DCI Special Agent Ryan Windorff, FIT
DCI Special Agent Matt Anderson
DCI Special Agent Kevin Heimerl, CFI
DCI Special Agent Bill Boswell, CFI
DCI Special Agent Courtney Bauer, FIT

DCI originally examined the fire scene on October 11, 2021 and photographed the scene on that date without altering the scene.

## SCOPE OF INVESTIGATION REVIEW

4. This report relates to an origin and cause determination of the fire that damaged A Family Affair Soulfood Kitchen located at 417 South Main Street in Fond du Lac, Wisconsin on October 10, 2021. ATF Special Agent Certified Fire Investigator Rick Hankins utilized the Scientific Method during the course of this fire investigation, as recommended by the 2021 edition of NFPA 921 Guide for Fire & Explosion Investigations, which defines the Scientific Method as:

   *"The systematic pursuit of knowledge involving the recognition and definition of a problem; the collection of data through observation and experimentation; analysis of the data; the formulation, evaluation and testing of hypotheses; and, where possible, the selection of a final hypothesis."*

5. Specifically, Agent Hankins gathered information (*data*) related to the fire event; and based on that data, Agent Hankins developed and tested reasonable hypotheses as to where and how the fire could have started. When all reasonable hypotheses had been vetted against known data, a conclusion was drawn.

**BUILDING CONSTRUCTION** (Data)

6. The following information regarding building construction was obtained during the fire scene examinations and from pre-fire photographs.

7. 417 South Main Street was a single-story wood frame commercial structure. The front of the building faced west. The west and south exteriors of the structure consisted of painted brick veneer. The north and east exteriors consisted of painted metal siding. There was a glass west exterior (front) door and a glass east exterior (rear) door. There was also a non-functioning south exterior door that had been framed over on the inside of the building. The structure included two north exterior windows and three large west exterior windows. The exterior of the building is depicted in Figures #1-3, which are post-fire photographs.




Figure 1 - North and west exteriors (facing southeast)




Figure 2 - South & west exteriors (facing northeast)



Figure 3 - North & east exteriors (facing southwest)

8. The main electrical distribution panel was located on the south exterior and examination of the panel showed the main breaker in the off position. Additionally, investigators observed seven (7) circuit breakers in the tripped position. The structure was also serviced by natural gas with the meter also on the south exterior.

9. The first-floor interior included the following areas: a cashier counter, a north dining area, a rear (east) dining area, two bathrooms, a kitchen, and a top landing for the basement staircase. The general layout of the first floor is depicted in Figure #4, which is a not-to-scale diagram of the building.




Figure 4 - First-floor layout

10. The top landing of the basement staircase included an acoustic tile ceiling that was the same elevation as the top of the doorway that entered into the kitchen. The east and north walls of that landing area consisted of ½ inch gypsum board over wood studs. The east wall in the landing included a framed window opening that was covered by a glass mirror on the opposite side of the wall (in the rear dining area). The east wall also included a quad electrical receptacle. The north wall of the landing included two wall mounted shelves. The top shelf was a ½ inch fiberboard on metal brackets, and the bottom shelf was a wire shelf on metal brackets. The bottom wire shelf was approximately 12" x 48". There was also a ceiling mounted duplex electrical receptacle located above the top shelf on the north wall. The top landing of the basement staircase is depicted in Figures #5-6. Figure #5 is a photograph captured by the Fond du Lac Police Department on or about September 5, 2021. Figure #6 is a photograph captured by Germantown Mutual Insurance on or about September 10, 2021.

11. The area dimensions of the top landing of the basement staircase were approximately 43" x 43". It was approximately 78" from the landing floor to its ceiling. The landing doorway to the kitchen was approximately 35" x 79". The distance from the top landing floor to the bottom bracket for the bottom shelf was approximately 52". The approximate distance between the bottom and top shelves was 17". The approximate distance from the top shelf to the ceiling was 10".



Figure 5 - Top landing of staircase (standing in kitchen facing north)



Figure 6 - Top landing of staircase (standing in kitchen facing north)

12. The structure also included a half basement.

## WITNESS STATEMENTS (Data)

(The witness statements in this section were summarized to include only pertinent information related to the fire origin, cause, and cause classification, and do not represent the complete witness statements.)

*Fire Discovery*

13. The fire was first reported by a nearby resident who observed smoke in the air above the general area of 399 South Main Street, which is located north of 417 South Main Street.

*Fire Department Response*

14. The Fond du Lac Fire Department responded to the area of 369 Center Street and searched for the source of the smoke. Firefighters subsequently located smoke coming from the roof of A Family Affair Soulfood Kitchen located at 417 South Main Street.

15. Firefighters found the front and rear doors to the restaurant closed and locked.

16. Agent Hankins interviewed Fond du Lac Fire Department Lt. Andrew Aird on October 12, 2021 and the following is a summary of that interview:

17. Lt. Aird stated he was in command of Rescue 471 during the fire event and he observed all of the restaurant windows blacked out by smoke. Lt. Aird further said he personally turned off the main breaker in the electrical service panel on the south exterior of the structure.

18. Lt. Aird also stated he and his unit forced open the rear (east) exterior door to the restaurant. Lt. Aird said he entered the rear door and could not see his hand in front of his face because of the smoke inside the building. Lt. Aird stated he knew the layout of the restaurant from prior experience and recalled a doorway to the kitchen being in front of where the rear door was located. Lt. Aird further said he felt his way and located the door to the kitchen from the rear dining area. Lt. Aird said he opened the door and observed heat at ceiling level in the kitchen on his Thermal Imaging Camera (TIC). Lt. Aird stated he ordered his crew to spray water at the ceiling heat signature. Lt. Aird stated he then turned to his right and observed flames at floor level approximately 1 feet high, which were quickly extinguished. Lt. Aird accompanied Agent Hankins into the fire scene and pointed to the only area where he observed flames, which was at floor level at the top of the basement staircase.

*Business Owner Statements*

19. DCI conducted multiple interviews of Arletta Allen. The following is a summary of information provided by Allen:

20. Allen stated that she had the front and back door locks to the restaurant re-keyed by Precision Locksmith about two days after she discovered her business burglarized on September 4, 2021. Allen stated her video surveillance DVR had been stolen during that burglary. She stated that after the door locks were re-keyed, a new key was placed in the lockbox and the code to the lockbox was changed. She stated the only people that knew the new code included herself, her barbecue/smoker employee she only knew as JoJo, and the delivery person for V. Marchese.

21. Allen stated that she had closed and departed the restaurant, with employee J.M., on October 10, 2021, between 2:45 – 3:00 PM.

22. Allen further said she had a power strip plugged into the ceiling mounted receptacle located above the top shelf in the top basement landing. Allen stated the following devices were plugged into that power strip: two devices for the internet (a router and a modem), an Amazon Echo Dot, and an auxiliary box for the music system. Allen said she played music for the restaurant through the Echo Dot that was connected to her auxiliary box. Allen also said the power strip was located on the top shelf along with all of the devices that were plugged into it. Allen said the power to the ceiling mounted receptacle was controlled by a switch located on the east wall just outside the basement staircase top landing, near a wire basket. Allen further said the switch that controlled the ceiling outlet above the top shelf was marked with a note saying the switch should be left on.

23. Allen also described a standing, oscillating fan that was sometimes plugged in at the top of the basement staircase. She said the fan was normally placed in the corner at the top of the staircase, along with her laundry basket, mop basket, and apron basket. Allen stated the fan was plugged in on the day of the fire and would have been plugged into an outlet located on the east wall at the top of the basement staircase. Allen also said a V-Tech cordless telephone was plugged into that same outlet.

24. When asked to describe the items on the shelves located at the top of the basement staircase, Allen listed towels, a first-aid kit, and tape. Allen estimated the bottom shelf would have had 10 blue towels and less white towels. Allen described the towels as terry cloth and standard size for a commercial kitchen. She said the bottom shelf would have also included the first-aid kit, a plastic bag of hairnets, and a large bottle of Aleve. Allen also said Windex, Clorox, and table sanitizer were hanging on the front of that shelf with a towel hanging over one of those bottles.

25. When asked to describe the items on the floor at the top of the basement staircase, Allen listed a black crate with aprons, a round white basket with clean mop heads, and a laundry bag that was normally in the corner.

26. Allen stated that when she arrived at the restaurant at approximately 7:45AM on the day of the fire, she pushed the power button on the auxiliary box for the music system. When she pushed the button, the sound system made a crackling sound and sparks came out of the ceiling receptacle located in the top landing of the basement staircase. Allen said she got scared and unplugged the power strip. She stated that unplugging the power strip shut down her internet and she left it unplugged until 9:45AM when she was getting ready to open the restaurant. Allen said when she plugged the power strip back into the ceiling receptacle and turned on the auxiliary box, everything worked fine and there were no sparks.

27. Allen stated when she left the restaurant between 2:45PM – 3:00PM on the day of the fire, she did not unplug the power strip but did turn off the power button on the auxiliary box and said "Goodbye" to the Alexa Echo Dot.

28. Allen further volunteered that customers had been complaining about smelling gas inside the restaurant on the day of the fire. Allen stated that her air make-up unit was acting up as it kept "cutting on and off", and the suction in the building made it difficult to open doors. She also said that the air make-up unit would display a message that said "Zone Overload", or something similar.

29. Allen also said she did not see lighter fluid inside the restaurant the week prior to the fire. Allen further stated there was no gasoline, kerosene, lamp oil, or mineral spirits in the building, but there were two stick lighters in a basket hanging on the east wall in the kitchen, near the doorway to the basement staircase.

30. Allen said candles and incense were never burned inside the restaurant. Allen also said that rags used to clean up oil would be placed outside under the canopy.

31. Allen initially stated that she did not return to the restaurant after approximately 2:45PM – 3:00PM on October 10, 2021, and before she learned of the fire. However, on December 8, 2021, Allen was shown a video clip of a person who had walked away from the area of the restaurant at approximately 8:41PM on October 10, 2021 and Allen admitted she had returned to the restaurant the evening of October 10, 2021. When asked to describe her activities and observations, Allen stated she entered the restaurant through the back door and turned on the lights in the rear dining area. Allen then said she entered the kitchen and turned on the lights for the basement staircase and descended the stairs. Allen stated she retrieved her laptop and payroll book that were on her desk in the basement office area. Allen also said she retrieved her pink business checkbook from the bottom shelf at the top of the basement staircase on her way out. Allen further said the checkbook was sitting on top of towels. Allen stated she did not see or smell smoke while she was inside the restaurant during the evening hours on October 10, 2021.

32. Allen said she turned off the lights before she left the restaurant and did not recall ever turning off the switch that controlled the ceiling mounted receptacle at the top of the staircase.

## <u>SCENE PROCESSING</u> (Data)

*October 12, 2021*

33. A systematic approach was used during the scene investigation. Specifically, investigators conducted comparison examinations of areas of less damage to areas of greater damage with an emphasis on recognition, identification, and analysis of fire patterns and fire dynamics. During the comparison analysis, investigators attempted to identify any anomalous mass loss or other fire damage that could not be attributed to fuel load, ventilation conditions, or lack of suppression. Areas of anomalous fire damage were further examined as potential areas of fire origin.

34. Agent Hankins photographed the fire scene prior to any alterations or excavation.

35. The scene had been secured by the Fond du Lac Police Department since the initial fire response.

<u>Exterior Damage Assessment</u>

36. Examination of the exterior showed minimal smoke and heat damage immediately above and adjacent to the rear door. Investigators did observe soot deposit on the interior of the glass doors and windows, which were all intact.

37. Additionally, investigators later accessed the roof and examined a vertical duct that was connected to the cooking hood located in the kitchen. The roof canopy connected to that vertical duct, as well as in the interior of the duct, showed soot deposit inside those areas.

Interior Damage Assessment

38. Examination of the rear dining, north dining, and cashier areas showed soot deposit on surfaces near ceiling levels, as depicted in Figures #7 and #8. Investigators did not observe any flame damage in those areas.




**Figure 7 - Rear and north dining areas facing west**




Figure 8 - Cashier area facing south

39. Investigators located a fire damaged oscillating fan in the north dining area. The oscillating fan depicted fire damage consistent with it having been in the top landing of the basement staircase at the time of the fire, and subsequently moved. The fan's motor was intact and the power plug was also intact. There was no evidence to show the fire originated from the fan.

40. Additionally, examination of the two restrooms did not reveal any flame damage in those rooms.

41. Examination of the kitchen door while standing in the north dining area showed heat damage to the top of that door that was consistent with heat extending into the north dining area from the kitchen.

42. Investigators entered the kitchen and observed heat damage to the ceiling that increased in severity near the doorway to the top landing of the basement staircase. The kitchen damage is depicted in Figures #9 and #10.



Figure 9 - Kitchen facing east




Figure 10 - Kitchen facing east

43. Further examination of the kitchen revealed heat and flame damage to the ceiling and walls immediately adjacent to the doorway to the basement staircase that was consistent with fire extension from the top landing of the basement staircase.

44. Examination of the top landing of the basement staircase showed fire damage to the surfaces immediately adjacent to where the two wall mounted shelves had been located on the north wall. Specifically, investigators noted a distinct line of demarcation on the north wall at the elevation of the bottom shelf. There was no evidence of flame damage to the north wall immediately underneath the bottom shelf. Additionally, investigators observed charring to the ceiling joists and plywood framing located above the shelves.

45. Investigators also observed fire damaged items at floor level underneath the north wall shelves.

46. Figures #11-#15 depict the fire damage in the top landing of the basement staircase.




Figure 11 - Standing in kitchen facing north




Figure 12 - Standing in kitchen facing north / Looking up




Figure 13 - Standing in kitchen facing north at floor level



Figure 14 – Ceiling in top landing of basement staircase



Figure 15 - Top landing of basement staircase facing east

47. Investigators also examined the basement and did not observe any heat or flame damage in that area.

*Excavation on October 12, 2021*

48. Agents Hankins and Anderson excavated fire debris on the floor in the kitchen and fire debris on the floor in the top landing of the basement staircase. Electrical components were collected and placed in a plastic bag for later examination by an ATF Electrical Engineer.

49. Investigators did not locate the north wall top shelf on the wall and found the bottom shelf partially attached to the wall.

50. Further examination showed a landline phone plugged into the quad electrical receptacle located on the east wall of the landing. Additionally, investigators located the grille for the oscillating fan in the debris in the top landing, as well as a plastic grate on the floor that contained aprons and mop heads.

51. Also on October 12, 2021, Agent Anderson collected three samples of fire debris from the bottom wire shelf in the top landing of the basement staircase and inventoried those samples as DCI Items #1-3. DCI Item #1 included towels from the top of a pile of towels located near the west end of the bottom shelf. DCI Item #2 were towels from the bottom of the same pile located near the west end of the bottom shelf. DCI Item #3 were charred remnants of paper and cardboard located near the east end of the bottom shelf.

52. The aforementioned fire debris samples were subsequently submitted to the Wisconsin State Crime Laboratory for analysis. The analysis showed no identifiable remnants of ignitable liquid in the samples.

53. Prior to leaving A Family Affair Soulfood Kitchen on October 12, 2021, investigators placed new padlocks on the front and back doors of the building.

*October 14, 2021*

54. Agent Hankins again photographed the fire scene prior to, during, and after alterations on October 14, 2021. ATF EE Rouleau examined the electrical artifacts collected from the floor in the top landing of the basement staircase collected by Agent Hankins on October 12, 2021. Additionally, investigators labeled potentially relevant electrical artifacts in the top landing of the basement staircase with letters A-Z. Specifically, investigators located, photographed, and labeled the following:

A – Remnants of a powerstrip cord with blades found draped over the bottom wire shelf.
B – PCB board entangled with cloth towel.
C – Remnants of a cable TV box.
D – Remnants of an Echo Dot found on the lower shelf.
E – Remnants of a second Echo Dot found on the lower shelf with remnants of towel attached.
F – Remnants of stranded electrical conductors.
G – An auxiliary cord.
H – Remnants of the power cord to the track lights.
I – Four pair of solid conductors.
J – Three conductor stranded power cord with blades.
K – Remnants of stranded conductors with blades.
L – Remnants of Three conductor stranded powerstrip cord with blades.
M – Remnants of four batteries.
N – Four conductor telephone cable.
O – Phone cable with lightening connector.
P – Bottom wire shelf.
Q – Remnants of ceiling mounted receptacle with sections of wire attached.
R – Remnants of unknown appliance.
S – Unknown three conductor stranded wire.

T – Rail of powerstrip.
U – Ground rail of powerstrip located near item T.
V – Fire damaged suspected audio receiver located at the bottom of the staircase.
W – Three powerstrip rails located below shelf near the east end.
X – Unknown item with wires attached that had been melted to item W.
Y – Melted mass with conductors located at floor level near remnants of mop.
Z – Miscellaneous conductors with blades.

55. The aforementioned items were located on remnants of shelves, the floor, and the basement staircase. Fire damage exhibited by items from the shelves located on the floor was consistent with fire originating on the north wall shelves and dropping down to cause the fire damage observed on the floor.

56. Investigators further located remnants of paper napkins and towels in the fire debris under the shelves.

57. ATF EE Rouleau identified specific items for additional laboratory examination. As a result, Agent Hankins subsequently seized the following scene items and inventoried them as ATF Items #2-18: A, C, D, E, F, J, K, L, M, Q, R, T, U, V, W, X, Y, and Z. The remaining items were left within the scene.

58. Also on October 14, 2021, FRE Grove conducted a pressure test of the building's natural gas pipes and appliances with the assistance of a technician from AirTech Heating. FRE Grove authored a separate report regarding his examination of the natural gas system.

*November 2, 2021*

59. Investigators' scene examination on November 2, 2021 will be detailed in the Motion Light Examination section of this report.

**SURVEILLANCE VIDEO** (Data)

60. Investigators reviewed video images recovered by the Wisconsin Department of Justice – Division of Criminal Investigation (DCI) from the following locations:

- Preferred Properties of Fond du Lac, Incorporated, located at 439 South Main Street, Fond du Lac, WI. The date & time stamp for this surveillance system was found to be accurate.
- A residence located at 406 South Center Street, Fond du Lac, WI. The date & time stamp for this surveillance system was found to be approximately 13 hours ahead of current Central Standard Time (CST).

61. Camera #2 located at Preferred Properties is mounted to the west exterior of the building and faces north. Camera #2 captures images of Main Street, including the sidewalk immediately in front of A Family Affair Soulfood Kitchen.

62. Camera #5 located at 406 South Center Street is mounted to the east exterior of the residence and faces north. Camera #5 captures images of Center Street. Camera #4 is mounted on the south exterior of 406 South Center Street and faces west. Camera #4 captures partial images of the rear (east exterior) of A Family Affair Soulfood Kitchen.

63. Additional information regarding the recovered surveillance videos is detailed in separate DCI reports.

64. Figure #16 depicts an aerial view of the general geographic area referenced in this report as well as the approximate locations of specific surveillance cameras.




Figure 16

65. The following is a summary of relevant images related to potential entry into A Family Affair Soulfood Kitchen prior to the fire on October 10, 2021:

66. At approximately 8:33:03PM (adjusted real time) 9:33:03AM system time, camera #5 located at 406 South Center Street captured images of a dark SUV with chrome wheels drive north on Center Street past 406 Center Street. The SUV pulled over briefly on the east side of road just past 406 South Center, then continued northbound and parked on the east side of the road near the intersection of 10th Street, just out of camera view. The SUV with chrome wheels is depicted in Figure #17.




Figure 17

67. At approximately 8:34:27PM (adjusted real time), camera #5 captured a person wearing a dark hoodie and carrying a backpack walk south on the west sidewalk past 406 Center Street, as depicted in Figure #18.




Figure 18

68. At approximately 8:37:03PM, camera #2 located at Preferred Properties captured images of a person walk northbound through the parking lot, as depicted in Figures #19 and #20. The person wore a dark hoodie and dark pants, as well as dark shoes with a distinct white design on the sides of the shoes. The person also carried a backpack.




Figure 19




Figure 20

69. At 8:37:54PM, as the person with the backpack reached the section of sidewalk in front of the restaurant, the person turned to the right (east) toward the restaurant and out of view of the camera.

70. At approximately 8:38:07PM (adjusted real time), camera #4 located at 406 South Center Street captured images of illumination from the motion light mounted near the rear (east exterior) door of A Family Affair Soulfood Kitchen. Images of the illumination and location of the motion light are depicted in Figures #21 and #22. The motion light turned off at approximately 8:38:18PM (adjusted time).




Figure 21




Figure 22

71. At approximately 8:41:43PM, camera #2 located at Preferred Properties captured images of the person wearing the hoodie and backpack emerge from the area of the restaurant and walk south on the sidewalk and through the parking at Preferred Properties, as depicted in Figures #23 and #24.




Figure 23




Figure 24

72. At approximately 9:03:57PM (adjusted real time), camera #4 located at 406 South Center Street captured images of a firefighter examining the buildings to the north of A Family Affair Soulfood Kitchen restaurant.

**MOTION LIGHT EXAMINATION** (Data)

73. On November 2, 2021, at approximately 12:00PM, ATF and DCI entered A Family Affair Soulfood Kitchen pursuant to Federal search warrant #21-M-489 issued by Honorable Magistrate Judge Stephen Dries.

74. Agent Hankins photographed and videotaped the restaurant prior to, during, and after the execution of the search warrant.

75. Investigators re-energized the electrical subpanel located in the east bathroom by re-connecting electrical circuits in the south exterior main distribution panel. By doing so, lights and outlets located on the east end of the building became energized. Investigators did this to examine the functionality of the motion light mounted on the east exterior of the building, adjacent to the east exterior door (depicted in Figures #25 and #26).




Figure 25




Figure 26

76. Investigators located two control dials and one control switch located on the underside of the motion light, as depicted in Figure #27. The "mode" switch had three settings: "Off", "Auto", and "PC". PC is the setting for the light to stay on from dusk to dawn. Auto is the setting for the motion light to turn on and stay on as long as there is continuous motion captured by the sensor. Off is the setting for the motion light to turn on when motion is captured and to turn off after a preset time has expired since the last motion was captured. The mode on the motion light was found in the off position. The "Time" dial on the underside of the light is a control for how long the motion light should stay on when in "Off" mode after the last motion is detected by the sensor. The Time setting dial for the light was found to be on or near 3 minutes. The sensitivity dial on the light was found to be turned all the way up to the "+" symbol.




Figure 27

77. After energizing the part of the building that included the motion light, investigators walked near the light at approximately 5:45PM and the light did not turn on. Investigators located a light switch on the wall between the two interior bathrooms, as depicted in the Figures #28 and #29. The light switch was down, in the off position. Investigators turned the light switch up, in the on position and walked outside in front of the motion light. The motion light turned on when investigators walked in front of the sensor, as depicted in Figure #30. An examination of the light switch for the motion light showed the top of the switch to be covered in soot which is consistent with the switch being in the off position at the time of the fire. If the switch had been up in the on position at the time of the fire there would have been a protected area (clean from soot) on the top of that switch, because it would have been protected by the switch cover.




Figure 28




Figure 29



Figure 30

78. Investigators subsequently videotaped Agent Anderson walking around the exterior southeast corner of the building toward the east exterior door. The exterior motion light turned on after Agent Anderson turned the corner, as depicted in Figure #31. Agent Anderson continued to the east exterior door and simulated opening the door and entered the building. Agent Anderson then walked to the interior light switch that controlled power to the east exterior motion light and turned it off. Approximately 11.54 seconds elapsed between Agent Anderson triggering the motion light and Agent Anderson turning the switch off, which turned off the motion light.




Figure 31

79. Investigators also videotaped the normal cycle for the motion light to turn off when in "Off" mode, without turning off the interior switch. The motion light turned off approximately 3 minutes after the last motion was detected.

**INTERNET AND CABLE DATA** (Data)

80. According to Spectrum records, the internet modem and cable TV box at the restaurant went offline between 2:26PM – 2:41PM on October 10, 2021. A Spectrum representative stated that the company pings the appliances every 15 minutes and when the company pinged the restaurant modem and TV box at 2:41PM, both appliances were disconnected, which means they had lost power.

**SWITCH FOR CEILING OUTLET** (Data)

81. According to multiple witnesses, the ceiling receptacle located in the top landing of the basement staircase was controlled by a wall switch. The switch was located on the east wall in the kitchen immediately outside the top landing of the basement staircase, near a wall mounted basket. The switch reportedly needed to be in the up position for the ceiling outlet to have power. Investigators later examined photographs of a 4-switch panel located on the east wall in the kitchen, as depicted in Figure 32 and found all of the switches in the down (off) position.

82. Additionally, the far left switch depicted in Figure #32 appeared to have remnants of paper attached to it.



Figure 32 – Switches located on the east wall of the kitchen

**NATURAL GAS SYSTEM AND APPLIANCE EXAMINATIONS** (Data)

83. On October 14, 2021, ATF Fire Research Engineer Brian Grove examined the building's gas service and documented the pressure testing of kitchen gas appliances. During the examination, investigators did not locate any leaks or abnormalities in either the building's natural gas system or its appliances.

**FORENSIC ELECTRICAL EXAMINATIONS** (Data)

84. ATF Electrical/Fire Research Engineer Cameron Novak later examined the electrical components recovered from the fire scene and produced a report, which is attached to this report.

85. The following is summary of the electrical examinations:

86. There was no evidence of electrical arc melting on any of the building circuits or receptacles located in the top landing of the basement staircase to indicate any of those conductors or receptacles were energized at the time of the fire. Additionally, there was no evidence of arc melting on any of the electronical components from the top landing.

87. The fire damage observed on the electrical circuits and components was consistent with fire impingement.

88. ATF EE/FRE Novak also examined fire damage lithium batteries located in the top landing of the basement staircase and could not make a conclusion regarding some of those batteries. The rupturing of lithium batteries can be the result of an internal failure due to overcharging or impact, and it can also result from fire impingement onto the battery.

## NUMBER OF FATALITIES AND/OR INJURIES:

89. None.

## WEATHER (Data)

90. Weather was determined to not have been a factor in the cause of the fire. Weatherunderground.com listed the weather at 8:445PM on October 10, 2021 in Appleton, WI as follows:

- Temperature – 68 degrees F
- Dew point – 61 degrees F
- Humidity – 78%
- Wind – SSW 8mph
- Cloudy

## HYPOTHESES ANALYSIS

*Area of Origin Considerations*

91. Investigators determined this fire originated on or near the shelves mounted on the north wall in the top landing of the basement staircase. There was no communicating fire damage to the north wall between the floor and the wall mounted shelves to indicate the fire originated at floor level. The mass loss and oxidation to items on the shelves is consistent with the fire originating in that area.

*First Fuels Ignited Considerations*

92. Investigators located remnants of cloth towels, paper napkins, and plastics in the area of fire origin, which could have been the first fuels ignited.

*Ignition Source Considerations*

93. Investigators located electrical components and circuits in the area of origin which were considered as potential ignition sources. Investigators also considered the potential ignition by an open flame. The open flame could have been from the stick lighter located on the kitchen wall or an open flame that was brought to the building and later carried from the building.

*Theories of Ignition Scenarios*

94. Investigators did not consider the spontaneous ignition of oil-soaked rags as a reasonable scenario because those rags were located discarded outside the building.

95. Investigators did consider an electrical failure and ignition of nearby combustible material as a potential scenario. However, investigators did not find any evidence that any of the electrical circuits or devices in the area of origin were energized at the time of the fire. Furthermore, investigators found the wall mounted switch that controlled power to the ceiling mounted receptacle in the off position. The loss of internet connection between approximately 2:26PM – 2:41PM is consistent with the ceiling mounted receptacle in the top landing of the basement staircase being deenergized at that time, which was over six hours prior to the fire discovery.

96. Based on the totality of information known, investigators determined this fire was most likely the result of an intentional open flame ignition of available combustible material or material introduced at the time of the fire. Specifically, investigators considered the following information when making their determination:

- There was no energized electrical circuits or devices on the wall mounted shelves at the time of the fire.
- Surveillance video footage captured a person move toward the restaurant and at approximately 8:38PM, a person entered the backdoor of the restaurant based on the motion sensor light that tuned off after 11 seconds (when it should have automatically turned off in approximately 3 minutes.)
- The surveillance video footage captured a person walk away from the restaurant at approximately 8:41PM.
- The 911 call was received at approximately 8:59PM and by the time that firefighters entered the building, the fire had diminished after already causing mass loss in the top landing of the basement staircase. The amount of fire damage that occurred prior to the fire department arrival is consistent with the fire having had burned for a period time.
- It can be construed that the person who was captured walking to and from the restaurant on the video footage made efforts to conceal their presence by parking their vehicle away from the restaurant and by turning off the motion light. Based on experience, those actions are consistent with nefarious activity.

## EXPOSURES

97. None.

## CONCLUSION

98. Based on the information available to the investigators at the time of this report, and after the examination of the fire scene, reviewing witness statements, it is the opinion of Agent Hankins (as well as the other investigators) that the fire originated on or near the shelves located on the north wall in the top landing of the basement staircase as a result of the intentional ignition of available or introduced combustible material. This fire is classified as incendiary.

Fire Research Laboratory
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
U. S. Department of Justice
6000 Ammendale Road
Beltsville, MD 20705-1250

# Laboratory Report

ANAB ISO/IEC 17025:2017
Accredited Forensic Testing Laboratory

To: **Special Agent Rick Hankins**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
**Milwaukee Field Office IV**
**1000 N. Water Street Suite 1400**
**Milwaukee, WI 53202**

Date of Report: **March 8, 2022**
Lab Number: **2021-F-000060EV(1)**
Reference: **772115-22-0006**
Title of Investigation: **A Family Affair Soulfood Kitchen Fire**
Type of Exam: **Engineering – Examination**

## EXAMINATION REQUEST

Evidence was sent to the Fire Research Laboratory by Special Agent/Certified Fire Investigator (SA/CFI) Rick Hankins. The following exhibits were received on October 25, 2021. The evidence was accompanied by an ATF 7140.7 Laboratory Exam Request Form requesting an examination of items recovered from the scene of a fire.

## EXHIBITS

| | |
|---|---|
| LIMS Exhibit #1 (Agent Exhibit #000002) | Remnants of a powerstrip cord found draped over the bottom wire shelf (Scene ID "A") |
| LIMS Exhibit #2 (Agent Exhibit #000003) | Remnants of a cable TV box (Scene ID "C") |
| LIMS Exhibit #3 (Agent Exhibit #000004) | Remnants of an Echo Dot found on the lower wire shelf (Scene ID "D") |
| LIMS Exhibit #4 (Agent Exhibit #000005) | Remnants of an Echo Dot found on the lower wire shelf (Scene ID "E") with remnants of a towel |
| LIMS Exhibit #5 (Agent Exhibit #000006) | Remnants of stranded conductors (Scene ID "F") |
| LIMS Exhibit #6 (Agent Exhibit #000007) | Remnants of stranded conductors with blades attached (Scene ID "J") |
| LIMS Exhibit #7 (Agent Exhibit #000008) | Remnants of stranded conductors with blades attached (Scene ID "L") |
| LIMS Exhibit #8 (Agent Exhibit #000009) | Remnants of 3 conductor stranded powerstrip cord with blades attached (Scene ID "I") |

| | |
|---|---|
| LIMS Exhibit #9 (Agent Exhibit #000010) | Remnants of four (4) misc. batteries (Scene ID "M") |
| LIMS Exhibit #10 (Agent Exhibit #000011) | Remnants of ceiling mounted receptacle with sections of wire attached (Scene ID "Q") |
| LIMS Exhibit #11 (Agent Exhibit #000012) | Remnants of unknown appliance (Scene ID "R") |
| LIMS Exhibit #12 (Agent Exhibit #000013) | Remnants of powerstrip rails (Scene ID "T" and "U") |
| LIMS Exhibit #13 (Agent Exhibit #000014) | Remnants of suspected audio receiver (Scene ID "V") |
| LIMS Exhibit #14 (Agent Exhibit #000015) | Remnants of powerstrip rails located at floor level under shelf area, east end (Scene ID "W") |
| LIMS Exhibit #15 (Agent Exhibit #000016) | Unknown item with wires attached (Scene ID "X") found attached to item "W" |
| LIMS Exhibit #16 (Agent Exhibit #000017) | Melted mass with wire and conductors (Scene ID "Y") |
| LIMS Exhibit #17 (Agent Exhibit #000018) | Misc. conductors with blades (Scene ID "Z") |

## EXAMINATION/ANALYSIS AND INTERPRETATION OF RESULTS

The evidence was received in a cardboard box sealed with signed and dated evidence tape (Figure 1). Three envelopes containing copies of the opening report of investigation and evidence transmittal paperwork were included with the box. Within the box were 17 individually bagged items identified as Exhibit #000002 to Exhibit #000018 each sealed with signed and dated evidence tape (Figure 2).

### LIMS Exhibit #1

LIMS Exhibit #1 consisted of a stranded, three-conductor power cord that was devoid of insulation. Two of the conductors measured approximately 87 cm (34 in.) long and the third measured approximately 84 cm (33 in.) long. The conductors were separated for examination without difficulty. No arc melting was observed on the conductors. The plug blades and ground pin were soot stained. Soldered ends were noted on the opposite end from the plug blades. No evidence of electrical failure was observed (Figures 3 – 5).

**LIMS Exhibit #2**

LIMS Exhibit #2 consisted of a fire-damaged cable television set-top box. The unit was identified as a Motorola DCX3200/A280/013 based on the adhesive label on the bottom of the unit. The label included a "UL listed video product 68AN" insignia.

Plastic components on the front of the appliance were consumed and no longer present. The rear of the unit had various video and audio connections which were empty with the exception of the input coaxial cable connection, High-Definition Multimedia Interface (HDMI) output, Ethernet network (Type RJ-45) connection and DC power input connection. Portions of the attached input coaxial cable and Ethernet network cable were included with the exhibit. The power adapter and cord were not included, however the male plug end remained in the power input jack. Plastic components and connectors on the rear of the appliance were present but melted. Fire damage to the exterior of the cable box was more notable on the top, front, and right side of the enclosure.

The interior components were thermally damaged and soot stained. Components once soldered to the circuit board were loose within the enclosure. There was no localized damage or mass loss consistent with electrical failure noted on the circuit board. The observed damage was consistent with fire impingement (Figures 6 – 14).

**LIMS Exhibit #3**

LIMS Exhibit #3 consisted of a fire-damaged Amazon Echo Dot. The unit was identified as Model C78MP8, third generation [1] based on intact markings on the bottom of the device. The 16-digit serial number was partially readable: "DSN: G090XG0894750A4_." Plastic components making up the top and sides of the device were largely melted. Connections for power and audio were empty. Radiographic (X-ray) images were unremarkable. No evidence of electrical failure was observed (Figures 15 – 18).

**LIMS Exhibit #4**

LIMS Exhibit #4 consisted of a fire damaged Amazon Echo Dot. The exhibit included a towel-like material melted to the bottom of the device. The unit was identified as Model C78MP8, third generation [1] based on intact markings on the bottom of the device. The serial number was unreadable. Plastic components making up the top and sides of the device were largely melted. Remnants of plug connections were found in both power and audio jacks. Radiographic (X-ray) images were unremarkable. No evidence of electrical failure was observed (Figures 19 – 22).

**LIMS Exhibit #5**

LIMS Exhibit #5 consisted of two stranded electrical conductors resemblant of a power cord. There was no insulation present on the conductors. Both conductors measured approximately 191 cm (75 in.) long. Melted plastic was removed from one end of the cord and did not reveal a connector, nor was any connector found on the opposite end of the conductors. No arc melting or evidence of electrical failure was observed (Figures 23 – 26).

**LIMS Exhibit #6**

LIMS Exhibit #6 consisted of a stranded, three-conductor power cord that was devoid of insulation. The conductors measured approximately 100 cm (39 in.) long. Melted plastic was removed from one end of the conductors and revealed a three conductor IEC type female connector with corresponding male blades. The plug blades and ground pin on the opposite end were soot stained. No arc melting or evidence of electrical failure was observed (Figures 27 – 30).

**LIMS Exhibit #7**

LIMS Exhibit #7 consisted of a stranded, two-conductor power cord. The conductors measured approximately 170 cm (67 in.) long and 172 cm (68 in.) long. Melted plastic was removed from one end of the cord and revealed a two conductor IEC type female connector and corresponding male pins. The plug blades on the opposite end were soot stained. No arc melting or evidence of electrical failure was observed (Figures 31 – 33).

**LIMS Exhibit #8**

LIMS Exhibit #8 consisted of a stranded, three conductor power cord that was devoid of insulation. Two of the conductors measured approximately 85 cm (33 in.) long and the third measured approximately 87 cm (34 in.) long. The interwoven conductors were separated for examination without difficulty and no arc melting was observed. The plug blades and ground pin were soot stained. Soldered ends were noted on the opposite end from the plug blades. A connector was soldered to one of the conductors. No evidence of electrical failure was observed (Figures 34 – 36).

**LIMS Exhibit #9**

LIMS Exhibit #9 consisted of four fire-damaged 18650 lithium-ion cells. Three of the cells had ejected their contents. The enclosure of one cell was intact. The cells had physical characteristics consistent with use as part of a rechargeable battery pack. Welded tabs which connected individual cells together were observed (Figures 37 – 39).

**LIMS Exhibit #10**

LIMS Exhibit #10 consisted of the remnants of a duplex receptacle and attached wiring. Colored wire ties were attached indicating where the wiring was cut for removal. The power rails, screw terminals, mounting yoke, wiring and twist-on wire connectors were intact. No arc melting or evidence of electrical failure was observed (Figures 40 – 47).

**LIMS Exhibit #11**

LIMS Exhibit #11 consisted of a fire-damaged audio appliance of unknown make and model. Plastic components on the front and rear of the appliance were consumed and no longer present. Fire damage to the exterior of the device was more notable to the right side of the appliance. An area of melting was noted on the bottom of the appliance against the right edge.

There was no localized damage indicative of electrical failure noted on the circuit board. Radiographic (X-ray) images were unremarkable. The observed damage was consistent with fire impingement (Figures 48 – 53).

**LIMS Exhibit #12**

LIMS Exhibit #12 consisted of the three rails from a relocatable power tap (RPT, often referred to as a power strip). The rails were intact. Three pairs of plug blades were attached to the power rails – indicating that three devices were plugged into the RPT at the time of the fire. One plug blade was unable to be removed from the rail and was visually examined under magnification. A silver-colored metal visually consistent with solder was holding the plug blade in place. No evidence of electrical failure was observed (Figures 54 – 62).

**LIMS Exhibit #13**

LIMS Exhibit #13 consisted of an audio device of unknown make and model. The unit was fire damaged. Plastic components were consumed and no longer present. An oxidation pattern was noted on the right rear corner of the appliance. The location of the AC power cable entrance was examined, and no arc melting was observed.

The interior was also damaged. Interior case damage and oxidation corresponded to the right rear corner as was noted on the exterior examination. There was no observed localized damage indicative of electrical failure noted on the circuit board. Radiographic (X-ray) images were unremarkable. The observed damage was consistent with fire impingement (Figures 63 – 75).

Remnants of the two-conductor power cord included with the unit were examined. No arc melting was observed. A fuse was recovered in the debris and visually found to be open.

**LIMS Exhibit #14**

LIMS Exhibit #14 consisted of the three rails from an RPT. The remaining melted plastic was removed. A portion of the ground rail fractured during removal of plastic. One pair of plug blades were attached to the power rails – indicating that one device was plugged into the RPT at the time of the fire. No evidence of electrical failure was observed (Figures 76 – 83).

**LIMS Exhibit #15**

LIMS Exhibit #15 consisted of a fire damaged power supply of unknown make or model. Two uniformly soot-stained plug blades were attached to the power supply. Radiographic (X-ray) images were obtained. A small, printed circuit board (PCB) transformer was identified via radiographic analysis. The observable damage was consistent with fire impingement (Figures 84 – 92).

**LIMS Exhibit #16**

LIMS Exhibit #16 consisted of a melted mass of fire debris containing a power supply of unknown make or model with two stranded conductors attached. The conductors measured approximately 120 cm (47 in.) long, and no plug blades or connectors were present. No arc melting was observed. The internal components of the power supply were largely intact. Radiographic (X-ray) images were obtained. An alkaline battery and a spring were noted on the X-ray. The power supply had melted into what appeared to be a plastic spray bottle (Figures 93 – 102). The observable damage was consistent with fire impingement.

**LIMS Exhibit #17**

LIMS Exhibit #17 consisted of two stranded conductors that were devoid of insulation. The conductors measured approximately 144 cm (57 in.) long and 33 cm (13 in.) long. No arc melting was observed. A grounded (neutral) plug blade was attached to each conductor, consistent with the ungrounded conductors from two separate power cords. The corresponding ungrounded (hot) plug blades and conductors were not present (Figures 103 – 106).

## DISCUSSION

An electrical arc, caused by a short circuit or an unintended connection between ungrounded and grounded conductors or components, can leave behind signature damage known as arc melting. On insulated conductors, failure of the conductor insulation is responsible for the short circuit that results in an arc. Insulation failures can be due to mechanical damage (pinching, crushing, cutting, etc.) and/or damage due to exposure to heat. During mechanical breakdown, the insulation is compromised by physical damage that results in a reduction of the effectiveness of the insulating material. During heating, such as when exposed to fire, the insulating material breaks down and chars resulting in arcing through the charred insulation.

The presence of arc melting indicates that the circuit was energized i.e., connected to a power source at the time the artifact was created. Because a short circuit is an electrical event, the presence of arc melting is a confirmation that electricity was present.

It is expected that energized conductors exposed to heat in a fire would char, short circuit and arc. A lack of arc melting on a conductor, however, cannot be construed to mean electricity was not present. Timing, location of conductors, physical protection, orientation, fire growth and spread, operation of protection devices, etc. can influence whether an arc occurs and therefore whether or not arc melting will be present.

This examination did not find any evidence of arc melting. It is unlikely that the components examined were energized at the time of the fire, but it cannot be confirmed on this basis.

Plug blades make up the male end of an electrical connector. These components marry a blade receptor to establish an electrical connection within a receptacle. When connected, plug blades are located within the receptacle body and are generally isolated and protected from products of combustion, including soot.

Visual examination of plug blades post-fire can help determine if a cord was connected to a receptacle. Plug blades connected to a receptacle would be expected to be devoid of soot and clean at the location where the blade and receptor meet. A plug blade not connected to a receptacle would be expected to be uniformly soot stained, consistent with its surroundings.

If the receptacle is heated, either externally from fire impingement or internally from an electrical failure, the plastic body of the receptacle can melt or char. If the plastic receptacle body is impacted, examining plug blades may not be reliable.

Both power cords from the relocatable power taps and other cords examined were not connected to a corresponding receptacle (did not arrive attached) and had soot-stained plug blades. This data is consistent with these plugs not being connected to a receptacle and would therefore not be energized. However, structural collapse or falling debris can pull a plug out of a receptacle.

Four fire-damaged 18650 lithium-ion cells were examined in LIMS Exhibit #9. Three of the cells had ruptured and ejected their contents. Rupture and ejection of cell contents is an indication of failure caused by an increase in internal pressure and is an expected result of exposure to heat from a fire. Heating as the result of internal failure, however, can also manifest in increasing pressure, cell rupture, and ejection of contents. Failure of lithium-ion cells can be initiated by events such as physical damage, environmental heating, internal heating due to improper charging or discharging, or a manufacturing defect. These failure modes result in perforation of the cell insulator and result in a short circuit between the anode and cathode layers of the cell.

While no physical deformity was noted during the examination, concluding that physical damage occurred pre-fire or post-fire due to collapse, displacement, recovery, etc. can be difficult. Environmental heating can occur because of the normal operating conditions where the batteries are stored or used. Internal heating, due to improper charging or discharging, often arises from use of a mismatched third-party charging device or utilizing cells in an inadvisable application exceeding the rating of the cell. As no charging or utilization device was recovered, a failure during charging or discharging is unlikely. Manufacturing defects can result in contaminants being introduced into the cell during the manufacturing process that can result in failure during normal use.

The enclosure of one 18650 lithium-ion cell was intact. While it was noted that some of the cells had tabs suggesting use as part of a pack, the lack of context between individual cells (such as operating together in one pack of four or two packs of two or individual cells) prevents analyzing differential damage to ascertain if a cell was damaged due to internal failure or exposure to fire.

One of the plug blades examined in LIMS Exhibit #12 was unable to be removed from the rail of the relocatable power tap. Under magnification, it appeared that a silver-colored metal visually consistent with solder was holding the plug blade in place. Solder, which is used to connect two metal parts electrically and mechanically, has a much lower melting temperature than material such as copper or aluminum. A low melting temperature makes it easy to install but also makes it susceptible to melting if exposed to compartment fire temperatures. As there was no indication of resistive heating, fire exposure is likely responsible for the solder melting and flowing to this area.

## CONCLUSION

The conclusions stated in this report are applicable only to the items examined.

The observed damage on the items included with LIMS Exhibit #1 – #17 is consistent with fire impingement. No evidence of electrical failure was observed on the examined items.

No conclusions with respect to electrical failure can be made regarding the items that were not present for examination or were too damaged. These include the devices that were not attached to the power cords or power supplies and the lithium-ion cells.

## REFERENCES

[1] Amazon Echo Dot (3rd Gen). https://www.amazon.com/C78MP8/dp/B087RS3V31

## PHOTOGRAPHS, IMAGES, OR VIDEO

Photographs and radiographic (X-ray) images taken during the examination are stored in the FRL's data retrieval system, FireTOSS. A log of the photographs, images and/or videos stored in FireTOSS is provided in the Appendix of this report.

## DISPOSITION OF EXHIBITS

All exhibits were returned to the National Laboratory Center (NLC) evidence room following the examination.

Examiner:

Digitally signed by CAMERON NOVAK
Date: 2022.03.08 13:36:13 -06'00'

Cameron J. Novak, P.E.
Electrical/Fire Research Engineer
ATF Fire Research Laboratory

Technical Reviewer:

Digitally signed by JUAN ROSADO-MARIN
Date: 2022.03.08 15:57:37 -05'00'

Juan C. Rosado-Marin
Electrical Engineer
ATF Fire Research Laboratory

Administrative Reviewer:

Digitally signed by JEREMY NEAGLE
Date: 2022.03.11 08:55:15 -05'00'

Jeremy Neagle, P.E.
Chief, Engineering Section
ATF Fire Research Laboratory