**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WISCONSIN**

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-CR-236

ARLETTA R. ALLEN,

Defendant.

---

EXPERT REPORT OF MARTIN P. MATHIAS, CPA, CFE

August 10, 2026

---

**Introduction and Assignment**

1. I was retained by counsel for Arletta R. Allen (“Ms. Allen”) to review and evaluate the financial analysis performed by Kristin Fanta, Forensic Auditor with the Financial Investigative Services Division of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF”).

2. My assignment was limited to financial and accounting matters.

3. I evaluated whether the financial analyses presented in the ATF Report of Financial Analysis dated July 1, 2026 (the "ATF Report") provide sufficient support for the principal financial conclusions stated at Section 10 (page 15) of that report. My work primarily focused on the financial condition and operating performance of A Family Affair Soulfood Kitchen LLC ("A Family Affair" or the "Company") during the period preceding the October 10, 2021 fire.

4. The ATF Report includes three principal conclusions (“ATF Financial Conclusion(s)”) which I have paraphrased as follows:

   - **ATF Financial Conclusion #1:** Ms. Allen’s and her businesses’ indebtedness and overall financial exposure increased substantially prior to October 10, 2021.

   - **ATF Financial Conclusion #2:** The relationship between available bank funds and total obligations reflected noteworthy short-term financial risk and an increasingly unstable financial condition.

   - **ATF Financial Conclusion #3:** A Family Affair was not consistently profitable and lacked positive cash flow from operations.

5. I address my considerations and opinions on each of the above ATF financial conclusions separately in my report.

**Qualifications**

6. I am a shareholder and Vice President of Capital Valuation Group, Inc. (“Cap Val”). I am a Certified Public Accountant (“CPA”) licensed in Wisconsin and a Certified Fraud Examiner (“CFE”) credentialed by the Association of Certified Fraud Examiners.

7. My professional practice focuses on business valuation, forensic accounting, financial analysis, and litigation support, primarily involving privately held businesses.

8. My complete curriculum vitae, including a listing of my prior testimony, is attached as Exhibit B.

**Compensation**

9. Cap Val is being compensated for my services for this engagement at an hourly rate of $350. My compensation is not dependent on either my conclusions or the outcome of this matter.

**Materials Considered**

10. I considered the following materials in forming my opinions:

- Report of Financial Analysis prepared by Kristin Fanta, ATF Financial Investigative Services Division, dated July 1, 2026;
- Expert disclosure for Ms. Fanta;
- Indictment of Defendant dated December 17, 2024;
- bank statements and related banking information produced in this matter;
- general ledger information, profit-and-loss statements, balance sheets, and other accounting records prepared or maintained by Konkel Accounting ("Konkel") for A Family Affair; and
- additional financial analyses prepared in connection with this engagement.

**Procedures Performed**

11. I used a combination of Konkel's accounting information and banking information to prepare monthly income statements, balance sheets and statements of cash flows of A Family Affair for the period February 1, 2021 through September 30, 2021. Those monthly financial statements are included as Exhibit A.

12. I reclassified certain general-ledger account names and groupings from the Konkel financial statements when I prepared the information at Exhibit A. I also rounded amounts to the nearest dollar. I made these changes to present A Family Affair's financial information in a format that facilitates comparison and financial analysis. These presentation changes did not alter monthly net income, total assets, total liabilities, or total owner's equity reported in the underlying Konkel records, other than immaterial rounding differences.

13. The Konkel accounting records included activity associated with the following National Exchange Bank & Trust ("NEBT") accounts ending in: 4085, 1203, 4032, 9240, and 9472. However, I noted that the accounting records presented NEBT accounts 9240 and 9472 as a component of owner's equity rather than as Company-owned bank accounts.

14. I compared monthly general-ledger balances for the identified NEBT accounts to corresponding bank statements for the period reviewed. The recorded cash activity generally reconciled to the bank activity made available to me. This comparison provides some support that the cash transactions reflected in the bank statements were recorded in the Company's accounting records, but it does not establish that every transaction was properly classified, that all transactions and accruals were recorded, or that the financial statements were prepared in accordance with generally accepted accounting principles.

15. I used the information at Exhibit A and other materials provided to me to evaluate, and form opinions regarding, the three ATF Financial Conclusions.

**Summary of Opinions**

16. Based on the materials I considered, and the procedures described in this report, I reached the following opinions.

Increase in Indebtedness

17. The increase in reported debt, by itself, does not provide a complete measure of the change in Ms. Allen's or A Family Affair's financial condition. The ATF Report does not adequately consider the nature and purpose of the additional debt, the assets associated with those obligations, or the reduction of several preexisting obligations.

Liquidity and Short-Term Financial Risk

18. The ATF's comparison of $3,660 in available bank funds to $131,210 in total debts and financial obligations is mathematically correct but is not a meaningful measure of short-term liquidity. The comparison combines cash and obligations of Ms. Allen and multiple separate entities and does not adequately consider the timing of required payments or other assets and financial resources available to satisfy those obligations.

A Family Affair's Operating Performance

19. I agree that A Family Affair was experiencing financial difficulty; however, the ATF Report does not provide sufficient context to evaluate the nature and extent of that difficulty. The Company's operating performance should also be evaluated in the context of its cash-basis accounting, operating cash flows, revenue trends, expense structure, and limited operating history.

**ATF Financial Conclusion #1 – Increase in Indebtedness**

Background

20. ATF Financial Conclusion #1 relates to Ms. Allen's and her businesses' indebtedness and overall financial exposure risk increasing substantially prior to October 10, 2021. ATF's explanation regarding this conclusion follows:

*"As of October 10, 2018, the combined debts associated with Arletta R. Allen and her businesses totaled $69,168.18. By October 10, 2021, this amount had increased by approximately 89.6 percent to $131,209.86, indicating a substantial escalation in her indebtedness and overall financial exposure."* [1]

21. Section 7 of the ATF Report further details the increase of debts and financial obligations of Ms. Allen and her businesses from $69,168 on October 10, 2018 to $131,210 on October 10, 2021 as reflected in Table 1 below.

**Table 1**
Debts and Financial Obligations
October 10, 2018 through October 10, 2021

| | | Outstanding Balances | | | |
|---|---|---|---|---|---|
| Creditor | Account | 10/10/2018 | 10/10/2019 | 10/10/2020 | 10/10/2021 |
| Advocap, Inc. | x9015 | $ - | $ 6,181.14 | $ 4,953.76 | $ - |
| Advocap, Inc. | x8047 | - | - | - | 13,365.61 |
| Comenity Bank | x8522 | - | - | 2,071.74 | 1,597.12 |
| Ryonen Faris | Lease | | | | 1,300.00 |
| NEBT | x48-701 | | | | 32,984.95 |
| NEBT | x88888 | 69,168.18 | 67,554.89 | 65,532.31 | 63,255.20 |
| Prospera Credit Union | x74-500 | - | 1,862.61 | 1,137.14 | 54.88 |
| Small Business Administration | x7301 | - | - | 1,100.00 | - |
| UW Credit Union | x9101 | - | 22,255.80 | 19,199.61 | 16,275.57 |
| Verizon Wireless | x8985-1 | - | - | 457.93 | 2,376.53 |
| Total | | $ 69,168.18 | $ 97,854.44 | $ 94,452.49 | $ 131,209.86 |

Opinion #1

22. In my opinion, the increase in reported debt, by itself, does not provide a complete or reliable measure of the change in Ms. Allen's or A Family Affair's financial condition. The ATF Report does not adequately consider the purpose of the new borrowing, the value of the corresponding assets acquired with the proceeds, or the reduction of several preexisting obligations.

[1] ATF Report dated July 1, 2026, page 15, section 10, paragraph 1

Basis for Opinion #1

23. I do not dispute the arithmetic increase in outstanding debt from $69,168 as of October 10, 2018 to $131,210 as of October 10, 2021. However, the financial significance of that increase cannot be evaluated without also considering the composition and purpose of the debt and the assets associated with that debt.

24. A significant portion of the increase in outstanding debt from October 10, 2018 to October 10, 2021 arose from two obligations totaling $46,351 that coincided with the opening of A Family Affair:

- Advocap loan x8047, with a reported balance of $13,366 as of October 10, 2021
- NEBT loan x48-701, with a reported balance of $32,985 as of October 10, 2021

25. A Family Affair's accounting records report the Company purchased fixed assets totaling $61,285 from February 2021 through September 2021 (see Exhibit A, page 2, line 3). Borrowing to acquire restaurant furniture, equipment, and other operating assets is economically different from borrowing used solely to fund recurring losses or personal consumption.

26. The existence of fixed assets purchased with loan proceeds does not eliminate financial risk, nor does their recorded cost establish a fair market value or liquidation value. Nevertheless, an analysis that emphasizes the liability increase while omitting the corresponding acquired assets presents only one side of the financed transactions and does not provide a complete basis for evaluating the resulting change in financial exposure.

27. Similarly, the ATF Report does not address the assets associated with certain personal obligations included in its analysis. The NEBT obligation (x88888) is a mortgage loan secured by a residence, and the UW Credit Union obligation (x9101) financed the purchase of a vehicle in 2019. I have not determined the market values of the subject residence or vehicle as of October 10, 2021. Accordingly, I cannot determine the extent to which the values of those assets offset the related obligations. Nevertheless, analyzing the liabilities without also evaluating the associated assets provides an incomplete picture of Ms. Allen's overall financial exposure.

28. The ATF Report also reflects several obligations that have declined over time. These reductions indicate that principal payments were being made on several pre-existing obligations, which provides additional context when evaluating the increase in total reported indebtedness.

**ATF Financial Conclusion #2 – Liquidity and Short-Term Financial Risk**

Background

29. ATF Financial Conclusion #2 relates to how the relationship between available bank funds and total obligations purportedly reflected significant short-term financial risk and an increasingly unstable financial condition. ATF's explanation regarding this conclusion follows:

    *"Bank records indicate that as of October 10, 2021, Arletta R. Allen had $3,660.16 in available funds to cover total debts and financial obligations in the amount of $131,209.86. This level of liquidity, representing approximately 2.8 percent of her total liabilities, reflects noteworthy short-term financial risk, including diminished capacity to meet required payments, heightened vulnerability to defaults and/or delinquencies, and increased dependence on external financing or credit extensions to meet short-term obligations."* [2]

Opinion #2

30. In my opinion, the ATF's 2.8 percent calculation is mathematically correct but is not a meaningful measure of short-term liquidity. It compares cash on one date to a mixture of current and long-term obligations owed by Ms. Allen and multiple separate entities, without considering when those obligations were due or which assets and cash flows were available to satisfy them.

Basis for Opinion #2

31. The $3,660 numerator combines cash balances held in personal, business, nonprofit, and campaign bank accounts.

32. The $131,210 denominator combines a personal mortgage, consumer obligations, business loans, an auto loan, a lease obligation, and vendor balances. These obligations did not necessarily mature or become payable on October 10, 2021. Comparing one day's cash balance to the full outstanding principal of long-term debt does not measure the amount required to be paid in the short term.

33. In my experience, a liquidity analysis should also consider the timing of required payments and the assets reasonably available to satisfy them. Depending upon the records available, relevant measures may include working capital, current ratio, quick ratio, scheduled debt service, aging of accounts payable, borrowing availability, expected receipts, and a cash-flow forecast. The ATF Report does not present those analyses.

[2] ATF Report dated July 1, 2026, page 15, section 10, paragraph 2

34. The ATF comparison also omits noncash assets, collateral, payment schedules, unused borrowing capacity, expected receipts, and any restrictions on the use of particular accounts. It therefore cannot be interpreted as showing that only 2.8 percent of amounts then due could be paid or that Ms. Allen or A Family Affair was insolvent.

35. The records nevertheless reflect limited cash and several past-due or delinquency indicators. Those facts support a conclusion that liquidity was constrained. They do not support the more specific conclusion that the 2.8 percent comparison reliably measures short-term payment capacity or financial instability.

36. In my opinion, evaluating liquidity at a single date without analyzing these additional factors over time does not provide sufficient information to assess trends in Ms. Allen's overall liquidity. Accordingly, the ATF's conclusion lacks relevant financial context.

**ATF Financial Conclusion #3 – A Family Affair's Operating Performance**

Background

37. ATF Financial Conclusion #3 relates ATF's analysis that A Family Affair was not consistently profitable and lacked positive cash flow from operations. ATF's explanation regarding this conclusion follows:

*"Records show that A Family Affair A Family Affair Kitchen LLC was not consistently profitable. Between February 1, 2021, and September 20, 2021, the business experienced a cumulative net ordinary loss of -$3,202.38. This loss, although modest in dollar terms, compounds Arletta R. Allen's overall financial risk as it reflects a lack of positive cash flow from business operations and increases the likelihood that personal resources, or additional debt, would be needed to support business operations."* [3]

38. Section 8 of the ATF Report includes several graphs depicting the financial performance of A Family Affair from February 2021 through September 2021, including the monthly income (e.g. revenues). cost of goods sold, gross profit, total expenses, and net ordinary income.

[3] ATF Report dated July 1, 2026, page 15, section 10, paragraph 3

Opinion #3

39. In my opinion, the ATF's analysis of A Family Affair's financial performance does not provide sufficient context to evaluate the Company's operating performance. I agree that the Company was experiencing financial difficulty; however, its financial performance should be evaluated in the context of its cash-basis accounting, operating cash flows, revenue trends, expense structure, and status as a newly established restaurant.

Basis for Opinion #3

*A Family Affair Revenues Analysis*

40. ATF presented A Family Affair's monthly sales revenues from February 2021 through September 2021 as ranging from $36,464 in February 2021, peaking at $43,151 in March 2021 and decreasing to $22,245 in September 2021.[4]

41. I concur with ATF's reported revenue amounts. A Family Affair reported its highest revenues during its first two full months of operation. Revenues decreased after March 2021 but were generally stable from April through September 2021.

42. The average monthly sales from April 2021 through September 2021 were $22,991. Figure 1 below illustrates the post-February 2021 stability by comparing the reported monthly sales to the $22,991 monthly average.




[4] ATF Report dated July 1, 2026, page 10, section 8.1

*A Family Affair Expense Structure and Net Income Analysis*

43. ATF presented A Family Affair's monthly cost of sales, gross profit, total expenses and net income from February 2021 through September 2021.[5]

44. A Family Affair's financial records were presented by Konkel on a cash basis. Under the cash basis, revenues and expenses are recorded when cash is received or paid. A cash payment for food, supplies, repairs, taxes, insurance, or other items may benefit more than the month in which the payment appears. Conversely, cash received in one month may relate to activity in another period.

45. Month-to-month comparisons, such as those used by ATF to illustrate A Family Affair's expense structure and net income, can therefore be affected by payment timing and do not necessarily match revenues with the expenses incurred to generate them. The potential for mismatched revenues and expenses is evident in volatility reflected on ATF's graphs of A Family Affair's monthly financial performance.[6]

46. In my opinion, evaluating A Family Affair's financial performance based primarily on individual months of cash-basis financial information may not accurately reflect underlying operating trends. A more meaningful analysis considers the Company's financial results and cash flows over a longer period and evaluates the effect of significant or unusual transactions.

47. I believe cash flows from operating activities are one of the most important factors to consider in determining the financial performance of a business such as A Family Affair. Cash flows from operating activities exclude items such as fixed asset purchases and debt financing. I calculated A Family Affair's cash flows from operating activities from February 2021 through September 2021 totaled ($3,632).[7] However, the results during the Company's initial three months of operation included substantially higher revenues in February and March and an atypical expense structure in April. I therefore also considered the Company's operating cash flows for the more recent five-month period from May through September 2021.

48. The Company's operating cash flows for the months May 2021 through September 2021 were ($3,421) or ($684) per month. In my opinion, these operating cash flow measures are more representative of the Company's ongoing financial performance.

---

[5] ATF Report dated July 1, 2026, page 11, sections 8.2 through 8.5

[6] Ibid.

[7] Exhibit A, page 3, line 5

49. A business that averages continued operating cash flow losses over the mid-to-long term is not sustainable without debt or equity financing. However, in my opinion, A Family Affair's average monthly operating cash flow loss of ($684) is not insurmountable. Based on my analysis, the Company's total gross profit margin from May 2021 through September 2021 was approximately 21 percent of sales. In order to achieve a break-even average monthly operating cash flow, the Company would need to increase its average monthly sales by approximately $3,400 or 13%.

50. The ATF Report also does not address that A Family Affair was a newly established business that had operated for approximately eight months as of September 30, 2021. In my opinion, the Company's limited operating history is relevant when evaluating its financial performance. The financial results available to ATF reflected only the Company's initial months of operation and did not represent an established, long-term operating history. For instance, a new business oftentimes has up-front opening costs that may benefit the future operations and may incur unexpected non-recurring costs. The ATF Report does not discuss these factors when reaching its conclusion regarding the Company's financial performance.

**Conclusion**

51. Based on the materials I considered and the procedures described in this report, it is my opinion, held to a reasonable degree of certainty, that the financial information reviewed reflects that Ms. Allen and A Family Affair were experiencing certain financial pressures before October 10, 2021. However, the analyses presented in the ATF Report do not provide sufficient financial context to support the extent or significance attributed to those conditions in the ATF Financial Conclusions.

52. Specifically, the ATF Report evaluates the increase in indebtedness without adequately considering the nature and purpose of the additional debt or the assets associated with those obligations; evaluates short-term liquidity by comparing cash balances on a single date with a combination of current and long-term obligations without considering the timing of required payments and other relevant financial resources; and evaluates A Family Affair's operating performance without adequately considering its cash-basis accounting, operating cash flows, recent operating trends, and limited operating history.

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C)(v), I have reviewed this disclosure and approve its contents.

CAPITAL VALUATION GROUP, INC.

Martin Mathias, CPA, CFE