UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-CR-236

ARLETTA ALLEN,

Defendant.

---

## JOINT MOTION FOR REVISED SCHEDULING ORDER

---

The United States of America, by and through its attorneys, Kelly B. Watzka and Porchia S. Lewand, Assistant United States Attorneys, and Arletta Allen, by her attorneys, Craig Albee and Dennise Moreno, hereby submit this joint motion for a revised scheduling order.

The scheduling order currently has a deadline of August 27, 2026, for the United States to provisionally identify statements of the defendant (including social media statements) it intends to introduce in its case in chief, other acts evidence, a witness list, and an exhibit list. The United States is working diligently to meet the deadline. However, due to the substantial volume of material and scheduling conflicts in the next week, the United States seeks a short extension of time to complete those tasks. Counsel for Ms. Allen has no objection to the United States' request, provided that the subsequent deadlines are also slightly adjusted.

The United States has also provided Ms. Allen's counsel with a proposed plea agreement. The scheduling order currently imposes an August 24, 2026, deadline for the filing of an executed plea agreement. Counsel for Ms. Allen has indicated that it would be helpful to have some additional time to discuss the agreement with her.

For these reasons, the parties jointly request that the Court amend the scheduling order as follows:

**August 31, 2026:** Defendant's plea deadline

**September 3, 2026:** United States' deadline for provisional identification of statements of the defendant (including social media statements) it intends to introduce in its case in chief, other acts evidence, witness and exhibit lists; Both parties deadline for submitting *Daubert* motions

**September 17, 2026:** Defendant's deadline for witness and exhibit list

**September 24, 2026:** Both parties' deadline for *motions in limine* and *Daubert* motion responses

**October 1, 2026:** Both parties' deadline for *motions in limine* responses

**October 8, 2026:** Final pretrial report due

We thank the Court for its consideration of this request.

Dated at Milwaukee, Wisconsin, this 20th day of August 2026.

Respectfully Submitted,

/s/ *Porchia S. Lewand*
Assistant United States Attorney
Bar No. 1099830
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414)297-1700
Fax: (414) 297-1738
E-mail: porchia.lewand@usdoj.gov