UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 24-CR-236

ARLETTA ALLEN,

Defendant.

---

**UNITED STATES' NOTICE OF INTENT TO LIMIT SCOPE OF TESTIMONY PURSUANT TO FEDERAL RULES OF EVIDENCE 702 AND 703 AND RULE 16(b)(1)(C) of the FEDERAL RULES of CRIMINAL PROCEDURE**

---

The United States of America, by and through its attorneys, Kelly B. Watzka and Porchia S. Lewand, Assistant United States Attorneys for the Eastern District of Wisconsin, hereby provide notice of its intent to move to limit the scope of defense expert Dr. Michael Synodis for failure to comply with Federal Rules of Evidence 702 and 703 and Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

To the extent that Dr. Synodis intends to testify regarding the investigation into the lithium batteries recovered at the fire scene, the notice of expert testimony submitted at ECF 68 appears sufficient. However, any testimony regarding "multiple potential causes[1]" of the fire has not been adequately noticed pursuant to Rule 16, 702, and 703. In his report, Dr. Synodis states in a conclusory fashion that there were "multiple potential causes" for the fire without explicitly identifying any potential causes other than lithium battery failure and without the requisite analysis or support for his opinions regarding other potential causes. Further, because it is not clear what his opinions are with respect to other potential causes of the fire, the United States is

[1] ECF 68, pgs. 4 & 13.

unable to discern whether Dr. Synodis would be qualified to opine on those causes. The United States sought clarification from defense counsel about these concerns, but the response received did not fully address them.[2]

Dr. Synodis' report lacks specificity and fails to satisfy the requirements of Rule 16 because it does not include a complete statement of all of his opinions regarding causes of the fire, and the bases and reasons for them. For this reason, Dr. Synodis should be prohibited from opining that there are "multiple potential causes" of the fire. To the extent the Court allows the defendant to supplement the expert disclosure for Dr. Synodis, the United States requests an opportunity to challenge it pursuant to *Daubert*, to the extent necessary.

Dated at Milwaukee, Wisconsin, this 3rd day of September 2026.

Respectfully Submitted,

KELLY B. WATZKA
PORCHIA S. LEWAND
Assistant United States Attorneys

By: /s/ *Kelly B. Watzka &*
*Porchia S. Lewand*
Watzka Bar No. 1023186
Lewand Bar No. 1099830
Attorneys for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin, 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-mail: Kelly.watzka@usdoj.gov
E-mail: porchia.lewand@usdoj.gov

[2] Because defense counsel was unable to reach Dr. Synodis, they were unable to supplement their expert disclosure before the United States' deadline for filing *Daubert* motions.