UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

*Plaintiff,*

*vs.* Case No. 24-CR-236

ARLETTA ALLEN,

*Defendant.*

---

**UNOPPOSED MOTION TO EXTEND TIME FOR FILING WITNESS AND EXHIBIT LISTS**

Arletta Allen, by counsel, moves this Court for an extension of four days, from September 17 to September 21, for providing the government with the defense witness and exhibit lists. Due to other obligations of counsel, the defense needs a little more time to complete its provisional lists. The government does not oppose the request.

Accordingly, Allen requests an order extending the time for providing the witness and exhibit lists to September 21, 2026.

Respectfully submitted,

*/s/ Craig W. Albee*
Craig W. Albee, WI Bar #1015752
Federal Defender Services
of Wisconsin, Inc.
411 E. Wisconsin Avenue, Suite 2310
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: craig_albee@fd.org

*Counsel for Defendant,* Arletta Allen