UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | October 15, 2026 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 24-cr-236 |
| CASE NAME: | United States of America v. Arletta Allen |
| NATURE OF HEARING: | Status Conference |
| APPEARANCES: | Kelly Watzka – Attorney for the government<br>Porchia Lewand – Attorney for the government<br>Craig Albee – Attorney for the defendant<br>Dennise Moreno – Attorney for the defendant |
| COURTROOM DEPUTY: | Justin Dreikosen |
| TIME: | 10:02 a.m. – 10:23 a.m. |
| HEARING: | May 25, 2027 at 1:30 PM (Final Pretrial Conference) |

**AUDIO OF THIS HEARING AT DKT. NO. 84**

The court recounted that on October 8, 2026, it had agreed to adjourn the November 2, 2026 trial at the parties' joint request. Dkt. No. 83. The court stated that it had converted this hearing from a final pretrial conference to a telephonic status conference to discuss trial scheduling. The court recounted that its staff had conversed with the parties about potential new trial dates; in that conversation, the parties had speculated that the trial would last into a second week and the government had explained that its case agent would be unavailable through the month of January for the birth of a child.

The court enquired as to other potential timeframes that did not work for the government or its witnesses. The prosecutor reported that seven of its material witnesses would be unavailable for a start date of March 22 and that many of its law enforcement witnesses were scheduled to be involved in a state-court trial between April 14 and April 30. The prosecutor clarified that the government's case agent has a child due at the *end* of January, meaning that the court's available February dates did not work either. Defense counsel had more flexibility than the government but indicated a preference for a June 2027 trial date.

After discussing a starting date in June, the parties agreed to start a six-to-seven-day jury trial on June 7, 2027 to run through June 15, 2027 if necessary. The court calendared a final pretrial conference for May 25, 2027 at 1:30 p.m. in Courtroom 222.

The prosecutor stated that the parties would prepare and send the court a revised, proposed scheduling order governing the supplemental expert disclosures and any other outstanding issues. The prosecutor asserted that it

would be helpful to the parties if they could receive the court's decision on the pending Daubert motion well in advance of the May 2027 final pretrial conference. The court stated that it would make a note to turn its attention back to that motion sooner rather than later.

The court **ORDERS** that the time between October 15, 2026 and May 25, 2027 is **EXCLUDED** from the Speedy Trial calculation under 18 U.S.C. §§3161(h)(7)(A) and (B)(iv), because the ends of justice outweigh the interests of the public and the defendants in a speedy trial, and because failure to do so would deny the parties the reasonable time necessary to prepare, taking into account the exercise of due diligence.

Dated in Milwaukee, Wisconsin this 15th day of October, 2026.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**